**FOR CAUSE AND NATURE OF THE VERIFIED ACTION AT LAW AND STARE DECISIS AUTHORITY AND SUPPORT FOR COMPLAINANT'S RELIEF**
Tribal Claim No. 0720201703AK
Case No. _____

Al'Maurii Khan Tribal Nation
Claimant
c/o 1426 Simpson Road # 232
khasime (kissimmee), florida republic,
Indian Country, America 18USC 1151,
Northwest Amexem (zip exempt)
Nonresident, non-domestic, rural free delivery
Foreign Office of Origin – Special Delivery



**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 3 2017

JEFFREY P. COLWELL
CLERK

-v-

CITY OF COLORADO SPRINGS 28 USC 3002(15)(b) (Defendant A)
ATTN: City Attorney
City Attorney's Office
30 S. Nevada Ave., Suite 501
Colorado Springs CO 80903
Phone: (719) 385-5909 Fax: (719) 385-5535

S. Carnes, (CSPD) Employee Badge #957, COLORADO SPRINGS POLICE DEPARTMENT (Defendant B),

E. McBride (CSPD) Employee Badge # 4827 COLORADO SPRINGS POLICE DEPARTMENT (Defendant C),
705 S Nevada Ave,
Colorado Springs, CO 80903

IN RE: Complaint(s) E130903 and E283051 Served by Colorado Springs Police Department (CSPD) Employees S. Carnes Badge #957, E. McBride Badge # 4827
DEFENDANT(S). _____/

**Notice to Principal is Notice to Agent and Notice to Agent is Notice to Principal**



Page 1 of 9

## FOR CAUSE[1] AND NATURE OF THE VERIFIED ACTION AT LAW AND STARE DECISIS AUTHORITY AND SUPPORT FOR COMPLAINANT'S RELIEF

For the record on the record and let the record show that by this *For Cause And Nature Of The Verified Action At Law And Stare Decisis Authority And Support For Complainant's Relief*, it is requested that the complaint be viewed through the doctrine of law established by Hale v. Henkel (1906), Conley v. Gibson (1957), Kingsley v. Hendrickson (2015), Luther v. Burden (1849), Yick Wo v. Hopkins (1886), et al. and to assure continuity, consistency, and fairness the Court must respect the past and to adhere to these precedents and not unsettle things which are established.

1. By this action, the complainant, a native American Aborigine tribe of indigenous peoples, by and through Equity law and Treaty law as the Supreme laws of the land and Congressional Acts consistent with positive law, seeks to recover damages from defendants (A, B, and C) for;
   a. discrimination, deprivation of rights, conspiracy to interfere with civil rights, trespass on the case, fraud, abuse of process, assumption of duty, false arrest, coercion, harassment;
   b. the Notice of Surety Act and Bond No. RB 253 770 160 US fee schedule charges and false statements charges against defendants (See exhibit 1.);
   c. negligence: Actionable negligence, et al.;
   d. dereliction of duties and breach of contract and the National Constitution.

## JURISDICTION / VENUE

2. The jurisdiction of the court is evoked pursuant to the Common Law, Laws of Equity, Divine / Natural Law, U.C.C. §5-104; U.S. Code 8 §1401(b) Property and tribal rights not waived, Colorado Constitution Article II, U.S. Code 25 Sections §194, §5121, U.S. Code 28 Sections 1331 Federal Question, 1332 Diversity of citizenship and amounts in controversy, 1333 Cases arising under Admiralty and Maritime jurisdiction, and 1343 and on the supplemental jurisdiction of this court to entertain claims arising under state law pursuant U.S. Code 1367.

3. This Court has subject matter jurisdiction over this claim pursuant to 28 U.S.C. §1333 as the Federal Question of whether;
   (a) defendants B and C are both civilly and criminally liable under 18 U.S.C. §1038(a) or (b) of the same sections.
   (b) defendants B and C are both liable under 25 U.S.C. §194 for having no proof that their seizure of Our tribal member's property / person (inclusive of tangible and intangible property) is substantiated by the law.
   (c) defendants' (A, B, and C) conduct in this matter constitutes deprivation of federally guaranteed rights of our tribe and tribal member.
   (d) there was any warrant for the search and seizure of the body and property of Our Tribal member by defendants B and C.

---

[1] FOR CAUSE Means for reasons which law and public policy recognize [as sufficient warrant for removal and] such cause is "legal cause" and not merely a cause which the appointing power in the exercise of discretion may deem sufficient. State ex rel. Nagle v. Sullivan, 98 Mont. 425, 40 P.2d 995, 998, 99 A.L.R. 321.

Page 2 of 9

(e) defendant B had probable cause to suspend the tribal rights, treaty rights, and civil liberties of Our Tribal member to hold him in handcuffs and detain him without any warrant.

(f) the Social Security Number can be ascertained through physical coercion and be used for identification purposes by agents of defendant A without warrant.

(g) under police power and without warrant, the natural person can be compelled to provide a Social Security Number to an employee of a corporation in order to secure due process.

(h) Our tribal member committed a breach of the peace warranting being handcuffed (assaulted), verbally abused for asserting tribal rights, national origin, etc. and or stopped 3 times within a month for the same alleged violation.

(i) Our Trible member is not free to move about the land unmolested by agents of defendant A.

(j) Our tribal member had a warrant for the arrest or seizure of his person at the time he was detained, searched and placed in handcuffs by defendant B.

(k) the Full Faith and Credit in the Bill of Redemption Silver Surety Bond No. RB 253 770 160 US is satisfactory for relief against defendants.

(l) defendants B and C were not following departmental procedures not expressly mandated nor prohibited by defendant A.

4. This Court has subject matter jurisdiction over this claim pursuant to 28 U.S.C. §1332(a)(1) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between a native American Aborigine tribe,  and a US Instrumentality 28 USC 3002(15)(b) and or Agents of Foreign Office pursuant 22 CFR, Foreign Relations, Sections §1481 "Loss of Nationality by Native-Born or Naturalized Citizens; Voluntary Action; Burden of Proof; Presumptions." i.e. persons of different [e]states, and / or diverse parties, or Indians [Moors] and Europeans.

5. This Court has subject matter jurisdiction over this claim pursuant to Article 21 of Treaty of Peace and Friendship between United States and Sultan of Morocco, which guarantees that a Moors[2] will receive equal justice before the law should he be wounded by a U.S. citizen;

6. This Court has in personam jurisdiction over defendants (A, B, and C) pursuant to Rule 4(c) of the Federal Rules of Civil Procedure. Defendants (A, B, and C) transacts continuous and systematic business under charter through STATE OF COLORADO 28 USC 3002(15)(b) and in this judicial district and their actions, Line 1, were committed in this judicial district.

7. Venue is proper because this is where events occurred.

## PARTIES

8. Complainant, "We the People" of the Al'Maurii Khan Tribal Nation ex-relatione: Al'Maurii Khan Tribal Trust© that has endured the regular order and course, of inheritance of the Express Trust (proof of such is found under file No. 10105905 in Cook County, Illinois) for the constitution of the united States of America, whose Federal standing is

---

[2] The Court should notice that the word *Moors* is distinct from a *Moorish subject* and a *Moroccan (Citizen)* as the term is indicative of the culture and pedigree of natural persons classified as an Eastern Tribe of North America under CDC Race / Ethnicity Code - R1.01.052.004.

acknowledged, recorded and documented in the Moorish Zodiac Constitution, Nationality Card, and Clock of Destiny Books I & II filed in Library of Congress, which outlines Our people's history in this land [contemporary called America] and abroad, affirming Our Freeholder Status, Foreign Diplomatic Immunity - Truth A-1 Citizenship Standing as Aboriginal tribes of North America in conjunction with the Land Documents[3] (jus soli rights) and genetic matches to paleo-American DNA (jus sanguine rights).

9. Al'Maurii Khan Tribal Nation files this complaint in support of the Al'Maurii Khan Tribal Trust tribal rights and the full exercise of rights established under Ancient Law Maxims, Common Law, and Natural Law, with the intent of Legal and Lawful Notice to the Public and Family of Nations of the Earth upon the Freehold Estate of Our Ancestors.

10. Defendants (A, B, and C), are foreign to the real territory, with privileges and rights established as a 14th Amendment construct / U.S. Instrumentality 28 USC 3002(15)(b) under the Magna Charta code / law and the United States, a European corporation conducting trade and commerce in foreign lands, through Article VI of the constitution and In Re Merrian's Estate, 36 N.Y. 479, affirmed in U.S. v. Perkins 163 U.S. 625.

11. Defendants (A, B, and C), are ens legis entities, exercising civil rights upon the Freehold Estate of the Ancient Ones of North America, Our ancestors, affirmed as the owners of the land in the 1848 Supreme Court case US v. Heirs of Henry Turner.

12. Complainant, the Al'Maurii Khan Tribal Nation, are Indigenous peoples / a native American Aborigine tribe exercising Common Law Rights, Human Rights, Indigenous Rights, Tribal Rights, Treaty Rights, et al. secured and protected from interference and or lien by government or its agents through Article VI of the Supreme Law of the land, is distinct and diverse from defendants, whom are foreign agents to tribal peoples.

### PLAIN STATEMENT OF FACTS

13. On or about January 11th, 2017 an agent of City of Colorado Springs (CSPD Badge #957 S. Carnes) unlawfully detained and arrested brother bey, without warrant or cause for arrest, then demanded a Social Security Number in exchange for being released.

14. On or about January 11th, 2017 an agent of City of Colorado Springs (CSPD Badge #957 S. Carnes) told brother bey that whomever he is listening to is wrong…in reply to an assertion of privacy rights, due process rights, and the right to self-governance in accordance with laws of the United States of America as self-executing, esp. under the constitution for state of Colorado.

15. On or about January 11th, 2017 an agent of City of Colorado Springs (CSPD Badge #957 S. Carnes) told brother bey that he should leave (abandon) his ancestral estate (Indian Country 18 USC 1151, Northwest Amexem) if he did not like the laws.

---

[3] "One of the earliest Moorish (Canaanite - Poenicium) documents pertaining to the right, possession and inhabitation of land by blood in the Americas; describing the Annexation of the American Continent to the Iberian Peninsula, both, being of the present Moorish and Ancient Carthaginian Empire, is the Bourne Stone, in Komassakumkanit Cape Cod Bay New England Massachussets…" Excerpt from The Consecrated Talisman 'Salmagundi' The Pi Exponent Pennatbat a Princeps Uriel – Bai Latinarius Maurusiae Hoc Publicavimus a Domus Educatio, Religionis Popularam Nostram Pro Maurisium – Americanum Societas Scientae Amplae [The Consecrated Talisman] by Prince Uriel Bey page 208.

16. On or about January 11th, 2017 an agent of City of Colorado Springs (CSPD Badge #957 S. Carnes) served brother bey with a bill of exchange/Complaint No. E130903 demanding appearance in an administrative court on April 12, 2017, whereby a constructive trust was created with charges levied against it under Court of El Paso County Case No. 17T739.

17. On or about January 21st, 2017 an agent of City of Colorado Springs [Not sure of name and Badge number] did stop brother bey, and after finding that he had already been "ticketed" on January 11th and after calling the insurance company to verify automobile insurance he discontinued his investigation of the matter.

18. On or about February 4th, 2017 an agent of City of Colorado Springs (CSPD Badge #2847 E. McBride) stopped, in the private use of his tribal conveyance, and served brother bey with a bill of exchange/Complaint No. E283051 demanding appearance in an administrative court on May 10, 2017, whereby another constructive trust was created with the same charges (from January 11th) levied against it under Court of El Paso County Case No. 17T923.

19. On or about April 12th, 2017, brother bey filed pgs. 3 – 41 of Exhibit 1 and agent(s) of STATE OF COLORADO filed Nolle Prosequi and the court granted, followed by Orders of Dismissal [or the like] in both Case(s) No. 17T739 and No. 17T923, in the interest of justice. (See Exhibit 1 – pgs. 40 – 41 and Exhibit 2 – pgs. 2 – 3.)

20. There is a lawful superior Bond with fee schedule on the person of brother bey. (See Exhibit A – pgs. 25 – 31, Lines 203 – 215, see also the penalties in Lines 175 – 181.)

**Further Justification and Support for this Action for Relief**

21. Complainant states and affirms that the Notice of Surety Act and Bond was delivered to Attorney General's Office for State of Colorado via United States Postal Service August 1st, 2016 10:11 A.M., and has never received a reply or rebuttal from said office.

22. Three (3) agents of Defendant A stopped / seized Our tribal member within 30 days, two (2) agents gave three (3) tickets each, totaling six (6) tickets.

23. During the unlawful stop defendant B asserted that his vehicle was considered some form of detention center and held in Our tribal member in handcuffs, without cause or proof that a crime warranting search, seizure, and arrest was being committed.

24. Defendant B only released Our tribal member after he provided a social security number, and such actions do not fall under the category of the government's need to manage the [facility], defendant B should have transported Our tribal member to the nearest court as was requested and which is prescribed by law and procedure.

25. Defendant B's claims were dismissed, and is further proof that no crime was committed from the start.

26. Defendant C's claims were dismissed, and is further proof that no crime was committed from the start.

27. Silence is acquiescence, and principals for defendants (A, B, and C) have chosen to remain silent and offer no proof to rebut the Notice of Surety Act and Bond, which is an Affidavit.

28. An unrebutted Affidavit becomes a judgment in commerce. Hebrew 6:16-17.

29. Defendant B by his actions against Our tribal member have Conditionally accepted full (treble) liability for any damages incurred as a result of the departure from due process, fraud, misrepresentation, color of law, threats, false arrest, and coercion under title[s] 18 U.S. Code §112, §872, §878, §1001, 25 U.S. Code §194, and any other applicable laws.

**CLAIMS FOR RELIEF**

**Claim 1 (Defendants actions have allowed for relief pursuant the Notice of Surety Act and Bond and Affidavit of Fact in Support of Claims...)**

30. Complainant states that the person of Our tribal member is protected, secured, and bonded.

**Claim 2 (Due process rights violation.)**

31. Claimant restates the foregoing paragraphs 13-29. Defendants (A, B, and C) illegally perverted the legal system against Our tribal member. Defendants had ulterior motive exercising a perverted use of the system, Claimant suffered damage as a direct result. Defendant has evaded their legal duty under the Constitution to satisfy the demands set forth under international law.

**Claim 3 (Attempted coercion through misrepresentation and harassment.)**

32. Defendant A, and their agents stopped Our tribal member 3 times within a 30 day period in an attempt to coerce his private actions through harassment.

33. Claimant restates the foregoing paragraphs 13-29. Defendants know or should have known fraud was committed from the inception of denying self-executing rights and federal immunities [esp. those in support of the right to not be compelled to divulge a Social Security Number, the Right to Freely contract or not, the Right to Travel, tribal and treaty rights, etc.]. Everything after that the fraud gets more prevalent.

34. Claimant restates the foregoing paragraphs 13-29. Defendants via other co-employees harassed Claimant by other stops, attempts, and forms to extort money.

**Claim 4 (Trespass on the case.)**

35. Claimant restates the foregoing paragraphs 13-29. Claimant was injured by defendants acts of extortion and threat of enforcement without due process, thereby violating Our tribal member's free exercise and enjoyment of unalienable right to be left alone and due process.

**Claim 5 (Abandonment of chartered duties established by incorporation under Federal, State, and local laws)**

36. Claimant, repeats and re-allege Lines 13 through 29 as is fully set forth herein.

37. Defendants (A, B, and C) as agents acting through legislation cannot establish any prima facie defense for its conduct in this matter.

**Claim 6 (Violation of due process under the Supreme law, i.e. Treaty laws)**

38. Claimant, repeats and re-allege Lines 13 through 29 as if fully set forth herein.

39. Treaty law cannot be abandoned in order to secure state interests, esp. if the state fails to substantiate a valid interest.

**Claim 7 (Intentional infliction of emotional distress)**

40. Claimant, repeats and re-alleges Lines 13 through 29 as if fully set forth herein.

41. Claimant attest that Our tribal member has/is suffering damages in the form of mental stress, emotional distress, loss of monies, loss of time and effort, and embarrassment by defendant's harassment, (actionable) negligence, and contempt for due process.

42. Defendant's conduct as outlined in this complaint was / is not prescribed or protected by the law.

## REQUESTED RELIEF

WHEREFORE Claimant lawfully moves this court of record for a default judgment as follows:

The agreed upon compensation for damages and injury for causing undue stress upon Claimant and brother bey is $1.1724 Million ($1,172,400.00) the equivalent in property / assets, calculated by multiplying the 6 charges from each case by $166,200.00 totaling $997,200.00 divided equally between the defendants (A ,B, and C), and combining the total with the $35,200.00 in Bond No. RB 253 770 160 US fee schedule charges against defendants B and C, and the $25,000.00 from defendant B, and $10,000.00 from defendant C, for each of the following violation(s) below (and should an unlawful lien be placed upon the person of brother bey and or Our Tribal property without due process in a court of law the damages will be four times the amount of lien):

1)      Defendants B and C failed to provide any proof that brother bey breached the peace.

2)      Defendants B and C failed to provide any grounds that agents of CSPD were with any warrant or authority to unlawfully search, seize, and/or arrest/assault Our tribal member.

3)      Defendants (A, B, and C) and/or their principals failed to reply or respond to the "Affidavit of Fact in Support of Claim[s] Against an Agent of an Instrumentality 28 USC 3002(15)(b) for Unlawful Detention of Internationally Protected Groups / Indigenous Peoples, Misrepresentation of Statutes as Law, the Prejudice of Human Rights, Indigenous Rights, Treaty Rights and Property, Rights to Privacy".

4)      Defendants (A, B, and C) continued under color of law without constitutional authority in violation of 18 USC §241, 18 USC §242, 42 USC §1983, 42 USC §1985 and 42 USC §1986.

By placing my seal and the Tribal seal below, I, Tribal Consular: Chief Balun Bey, do hereby affirm that the statements made herein this, *For Cause And Nature Of The Verified Action At Law And Stare Decisis Authority And Support For Complainant's Relief*, are true and correct to the best of my knowledge and belief and are not intended for any unlawful or illegal purpose(s) or to defraud any person of their constitutional rights and are done so under penalty of perjury under the laws of the United States.

Date: **August 15, 2017**

_____MP
**Al'Maurii Khan Tribal Nation (A.R.) Claimant**

Page **7** of **9**

## <u>SUMMONS FOR CAUSE AND NATURE OF THE VERIFIED ACTION AT LAW AND STARE DECISIS AUTHORITY AND SUPPORT FOR COMPLAINANT'S RELIEF</u>

Case No.

**Al'Maurii Khan Tribal Nation**
**Claimant**
c/o 1426 Simpson Road # 232
khasime (kissimmee), florida republic,
Indian Country, America 18USC 1151,
Northwest Amexem (zip exempt)
Nonresident, non-domestic, rural free delivery
Foreign Office of Origin – Special Delivery

-v-

**CITY OF COLORADO SPRINGS 28 USC 3002(15)(b) (Defendant A)**
ATTN: City Attorney
City Attorney's Office
30 S. Nevada Ave., Suite 501
Colorado Springs CO 80903
Phone: (719) 385-5909 Fax: (719) 385-5535

**S. Carnes, (CSPD) Employee Badge #957, COLORADO SPRINGS POLICE DEPARTMENT (Defendant B),**

**E. McBride (CSPD) Employee Badge # 4827 COLORADO SPRINGS POLICE DEPARTMENT (Defendant C),**
705 S Nevada Ave,
Colorado Springs, CO 80903

A lawsuit has been filed against you.

Within 21 days after service of this *For Cause And Nature Of The Verified Action At Law And Stare Decisis Authority And Support For Complainant's Relief* upon you, you must serve on the Claimant an answer to the attached complaint. The answer must be sent by mail to Claimant, whose name and mailing location is:

**Al'Maurii Khan Tribal Nation**
c/o 1426 Simpson Road # 232
khasime (kissimmee), florida republic,
Indian Country, America 18USC 1151,
Northwest Amexem (zip exempt)
Nonresident, non-domestic, rural free delivery
Foreign Office of Origin – Special Delivery
**PLEASE SERVE DEFENDANTS**

8 - 19 - 17
260631504



Page **8** of **9**

If you fail to respond, you accept the default judgment for the relief demanded by the Claimant.

---

**Unsworn Declaration Certificate**
**Pursuant 28 USC 1746**

On this ____ day of _____ 2017, I, Sagamoor: brother brion heru'el ofrika bey, declare and identify, under penalty of perjury under the laws of the United States of America that the foregoing Complaint is true and correct.
It is further certified that I am the living man authorized to execute this instrument and that it is executed under the ancient tribal rights of blood and kinship (jus sanguine) as my free will act and deed.

by;brother, d.m.ttee
                                                                                  Sagamoor

The undersigned witness does hereby affirm that the sealing of this document was done by tribal member identified as brother brion heru'el ofrika bey.

Clan Mother by: sister, d.m.ttee
Witness Title and Autograph

---

cc:
Office of the Attorney General for State of Colorado Cynthia H. Coffman, or the seat holder,
Fax: (720)508-6030

U.N. Protocol and Liaison
Fax: +(212)963-1921

Committee on the Elimination of Racial Discrimination
Human Rights Treaties Division (HRTD)
Office of the United Nations High Commissioner for Human Rights (OHCHR)
Email: cerd@ohchr.org

Colorado Supreme Court Chief Justice Nancy E. Rice
2 East 14th Avenue, Denver, CO 80203

United States Supreme Court Chief Justice John Roberts, Jr.
1 First Street, NE, Washington, DC 20543

U.S. Department of Justice
Investigation Division
Office of Inspector General
Denver Field Office
Fax: +(303)335-4002

8-19-17
26763/504

Page **9** of **9**

**Colorado State Judicial**
County Court, El Paso County

4/21/17
12:08 PM
Current Session: 1

Person Status: _____    Case Status: CLSD _____

The People of the State of Colorado vs. BEY, BRO BRION HERU EL 0

Case Number: 2017 T   739 BEY   Division/Room: K

Case Type: Motor Vehicle

Quick Links
Financial
Jump
Print Screen
ROA

**RECEIPT INFORMATION**

Comments: Yes ▾    Print Receipt: Yes ▾

| Party Id | Payor Name(s) |
|----------|---------------|
| DEF001 | BEY, BRO BRION HERU EL 0 |

| *Code | *Amount |
|-------|---------|
| COPY | 10.00 |

Receipt Totals
Receipt Total:        $10.00
*Payment Type:        CASH
*Amount Tendered:     $10.00
Change Due:           $.00
[ ] Asterisk Indicates Mandatory Field Entry

Receipt #2017T 000739-0001 added successfully.

**RECEIVABLES DUE**

| Code | Balance |
|------|---------|

Receivables Total
Balance Due:        $.00

Go to Session 2    Main Menu    Prompt

*Ex. 1*

[Claimant does hereby accept for
value all claims made
against our tribal
member in all cases
or claims filed by
defendants and/or
their agents or
principals.]

8-19-17
260631504

**UNIFORM SUMMONS AND COMPLAINT / PENALTY ASSESSMENT**
Colorado Springs Police Department
(X) Traffic ( ) Non-Traffic ( ) JUVENILE (Parent must appear)     Report Number 2017-

**E130903**

THE PEOPLE OF THE STATE OF COLORADO,
CITY OF COLORADO SPRINGS vs                     Interpreter Needed: No

| First Name | Middle Name | Last Name | DOB | Age |
|---|---|---|---|---|
| BRO | BRION HERU EL O | BEY | 10/28/1981 | 35 |

Address: PO BOX 15324     City: COLORADO SPRINGS CO 80935

Employer / School     Place of Birth: UNK

| Drivers License # | Prev Model | State | Sex | Hgt | Wgt | Hair | Eye |
|---|---|---|---|---|---|---|---|
| 160060780 | Yes | CO | B | M | 511 | 175 | BLK | BRO |

| Vehicle License # | State | Lic Year | Year | Make | Model | Style | Veh Color |
|---|---|---|---|---|---|---|---|
| A168517 | CO | 16 | 2006 | CHEVROLET | EQUINOX | LL | WHITE |

VIN: 2CNDL63F666158589     Home Phone: 4072867347

**YOU ARE HEREBY DIRECTED TO APPEAR AS INDICATED**
El Paso County Combined Court     **04/12/2017 AT 8:00 AM**
270 S Tejon St, Room W19, Colorado Springs CO

SEE BELOW FOR INSTRUCTIONS

**REASON FOR STOP:** 42-2-101 - LICENSE FOR DRIVERS REQUIRED (DROVE VEHICLE WITHOUT VALID DRIVERS LICENSE ON PERSON)

Charge No 1: Section 42-2-101(5)  Com Code TIB 063  **Mandatory Court**  Points 0
Title: LICENSE FOR DRIVERS REQUIRED (DROVE VEHICLE WITHOUT VALID DRIVERS LICENSE ON PERSON)
Description: LICENSE NOT IN POSSESSION

Charge No 2: Section 42-4-1409(3)  Sub Code MT1 957  **Mandatory Court**  Points 4
Title: Compulsory insurance - failed to present evidence of insurance upon request
Description: COMPULSORY INSURANCE - FAILED TO PRESENT EVIDENCE OF INSURANCE UPON REQUEST

Charge No 3: Section 42-3-203  Com Code TIB 39  **Mandatory Court**  Points 0
Title: DISPLAYED EXPIRED TEMPORARY PERMIT (60 OR MORE DAYS)
Description: 60 OR MORE DAYS PAST EXPIRATION-PLATE EXPIRED 11-04-16

TOTAL TO BE PAID BY MAIL COURT: **Mandatory Court**     TOTAL POINTS 4

APPROXIMATE LOCATION OF VIOLATION: 300 N MURRAY BL @     Violation Date 01/11/2017  07:08
CUSTODY / SERVICE LOC ATION: 600 N MURRAY BL @     01/11/2017  07:45

NON PAYABLE SUMMONS     TRAFFIC

CRS 4-300 Da Best
All Rights Reserved

DEFENDANT X

Officer 1 Signature     Carnes, S 967  Officer 1
Officer 2 Signature     Carnes, S 967  Srv Officer

---

**17T00739**

DATE FILED: January 18, 2017

FILED IN THE DISTRICT AND COUNTY COURTS OF EL PASO COUNTY, COLORADO
JAN 18 2017
DR. LYNETTE D. CORNELIUS
CLERK OF COURT

*Tribal Affidavit*
*and et al. informations*

| ☐County ☐District<br>El Paso County, Colorado<br>Court address: 270 S. Tejon, PO Box 2980,<br>Colorado Springs, Colorado 80901<br>*Indian Country* | CLERK OF COURT<br>DR. LYNETTE CORNELIUS<br>FILED<br>ENTERED: April 12, 2017<br>APR 12 2017 |
|---|---|
| Plaintiff/Petitioner:  *29 USC 3002(15)(b)*<br><br>Vs<br>Defendant/Co-Petitioner/Respondent  *In Error*<br>*brother brian heriel Official Bey* | FILED IN THE DISTRICT AND<br>EL PASO COUNTY, COLORADO<br>**Court Use Only** |
| Attorney or Party without Attorney(Name and Address):<br><br>*N/A*<br>Phone Number:<br>FAX Number:                    Email:<br>                                    Atty.Reg#: | Case Number:<br>*C21201T739*<br><br>Division      Courtroom |
| **GENERAL AFFIDAVIT** | |

_____  Plaintiff/Petitioner
                            (Circle One)

For _____

*brother brian heriel official bey* Defendant/Co-Petitioner/Respondent *in Error*
                            (Circle One)

The following statement is made

*by a Tribal member in an attempt to*
*secure justice and Treaty rights, human rights,*
*and the right to govern one self under tribal*
*laws in Indian Country.*

_____

_____

_____

*All Tribal Rights*        _____
*Reserved*                 Signature

Subscribed and sworn before me this date of _____

                                           Notary Public/Deputy Clerk

                                           My Commission

FCF 1015/02        General Affidavit

way Ins.    Page: 002

**Policy Number :**
2448843-CO-PP-001

**Coverage Term:**
09/07/2016 09:14 PM Std Time to
03/07/2017 12:01 AM Std Time

# Colorado Automobile Insurance Card

## *Keep these cards in your car at all times.*

In case of accident -
Notify Safeway Insurance
Company promptly at:

# (888)203-5129

---

**S SAFEWAY INSURANCE**    Colorado Automobile Insurance Card

Safeway Insurance Company    **Effective Date:** 09/07/2016 09:14 PM Std Time
P.O. Box 22078 Tempe AZ, 85285    **Expiration Date:** 03/07/2017 12:01 AM Std Time
    **Policy Number :** 2448843-CO-PP-001

Coverage meets the limits required by law. Colorado Law    **IN CASE OF ACCIDENT Contact the**
requires evidence be carried in the vehicle at all times.    **company directly at (888) 203-5129**

**Agent**
COLEMAN INSURANCE SERVICES (720)747-1000

**Insured**    This policy excludes the following persons:
BRO BRI BEY

*PO Box 15324*
*Colo Springs, Colorado (Exempt)*

**Vehicle**
**Year**  **Make**    **Model**    **Vehicle Identification No.**
2006   CHEVROLET    EQUINOX LT    2CNDL63F666158589

**IMPORTANT NOTICE    IF YOU HAVE AN ACCIDENT - NOTIFY POLICE IMMEDIATELY**
*1. Write down the names, addresses and license numbers of persons involved and witnesses.*
*2. Notify Safeway Insurance Company promptly at (888)203-5129*
*3. Do not admit fault. Do not discuss the accident with anyone except Safeway Insurance Co. or police.*

*EXAMINE POLICY EXCLUSIONS CAREFULLY. THIS FORM DOES NOT CONSTITUTE ANY PART OF YOUR INSURANCE POLICY.*
*This policy is only valid as long as the policy remains in force and in no event beyond the expiration date shown.*

---

## COLORADO REGISTRATION CARD

| TYPE | PLATE | TAB | VIN | EXPIRE | FUEL |
|------|-------|-----|-----|--------|------|
| PAS-REG | OOQ843 | R558824 | 2CNDL63F666158589 | 02/2018 | G |
| DUAL REG | DUAL NO | DUAL TAB | DUAL EXPIRE | TITLE | FLEET# |
| | | | | 04H03594B | |

| YR | MAKE | MODEL | BODY | COL | CWT | CC | WATTS | LxW | T/C |
|----|------|-------|------|-----|-----|----|----|-----|-----|
| 2006 | CHEV | | UP | WHI | 36 | | | | C |
| PUR DATE | | PUR PRICE | TAX VAL | | BUS DATE | | PREV EXPIRE | CTY | U/R |
| 09/07/2016 | | 13694.00 | 20,321 | | 02/06/2017 | | | 04 | U |
| HVUT | C/P | CARRIER | BUS | CNT | PUC# | PWD ID | ID HOLDER | H/C DATE | |
| | | | | 000 | | | | | |

| UNIT # | GVW | GVWR | MILES | HI GVW |
|--------|-----|------|-------|--------|
| | | | | LN |

**OWNER NAME/MAILING ADDRESS**
BEY BRO BRION
HERU EL OFRIKA

PO BOX 15324
COLO SPGS    CO    80935999B

Fees on Reverse Side

| VALIDATION | | | TOTAL |
|------------|--|--|-------|
| EL PASO | 02/06/2017 | 135337  R04 LNJ | 76.86 |

**MOTOR VEHICLE INSURANCE IS COMPULSORY IN COLORADO, NON-COMPLIANCE IS A MISDEMEANOR TRAFFIC OFFENSE**

CCIDC 09/01/2011
6c532f99-4b32-4561-a3fc-o4a
(40772485,1,0,0,50084)
Printed:2/6/2017 2:09:31 P

SAL
CIT
COU
DIS
RTC
STA
SPE

PRIC
SPE

## CONSTRUCTIVE AND PUBLIC NOTICE OF TRANSFER OF PUBLIC, PRIVATE, AND ALLODIAL PROPERTY AND ASSETS

**Grantor:** BRO BRION HERUEL OFRIKA BEY

**Grantee:** AL'MAURII KHAN TRIBAL TRUST

**Beneficiary:** Al'Maurii Khan Tribe[1]

I, Bro. Brion Heru'El Ofrika Bey, a Natural person in full life and Authorized Representative for **GRANTOR,** a Private citizen / member of Al'Maurii Khan tribe, exercising tribal rights not waived pursuant USC 8 ss. 1401(b), do hereby state and affirm for the public record that the statements made herein are true and correct and not made for any ulterior motive or unlawful purpose or to evade any lawful duty established under the Supreme law of the land.

### Description of Allodial property and Assets to be transferred:

1. Any and all pecuniary wages received, owed, or having security in resulting from the fair exchange of labor for wages;
2. Any and all pecuniary payments arising from claims, suits, bills, and the like made by Grantor or any others purported to be acting on behalf of Grantor (includes and not limited to class action suits, inheritances, insurance claims, property rights, finance statements, etc.)
3. Any and all rights, privileges, liabilities, and immunities established under the Supreme law and held or exercised by the Grantor;
4. Any and all literature, books, pamphlets, writings, recordings of video and audio, and any other art mediums created and / or held / owned or controlled by Grantor;
5. Any and all tangible and intangible property owned by or in the care of Grantor (this includes and is not limited to intellectual property);
6. Any and all paper bonds, certificates (of title), liens, bonds secured by bullion, and the interests held therein;
7. Any and all forms of Power of Attorney in Fact for Grantor;

through the sealing of this Affidavit by the GRANTOR (or an Authorized Representative) are hereby transferred to GRANTEE, AL'MAURII KHAN TRIBAL TRUST, in the furtherance of exercising divine rights protected by Indigenous Rights and Human Rights Treaties, i.e. the Supreme law of the land pursuant Art. VI of the Constitution for the United States of America. See also U.S. Code 8 ss 1401(b) affirming tribal rights not waived… and U.S. Code 22 ch. 2 ss. 141 repealing exercise of extraterritorial jurisdiction over American nationals (Muurs / Moors) under protections secured by 1836 Treaty of Peace and Friendship between Sultan of Morocco and United States.

By placing my seal below, I, Bro. Brion Heru'El Ofrika Bey, do hereby affirm the statements made herein as true and correct and binding upon all officials held under oath to support and defend the same.

*10-21-16*

All Substantive Rights Reserved

---

[1] a Federally acknowledged Autochthonous [native] American tribe whose Blood members and citizens lineage upon the contemporary North, South, Central American Territories and the adjoining islands can be traced back over 10,000 years. See also Constructive Notice filed with United States Department of Energy, Tribal, and Intergovernmental Affairs, Office of Congressional and Intergovernmental Affairs Certified Mail No. 7015092000010706506 9, in accordance with United Tribes Declaration of Rights of Indigenous People by the United Tribes General Assembly, 61st Session.

TRIBAL AFFIDAVIT AND NON-NEGOTIABLE REQUEST TO COMPEL THE CLERKS OF THE UNITED STATES AND OF THE SEVERAL STATES TO FILE AND OR RECORD THE TRIBAL DOCUMENTS, NOTICES, ORDERS, ETC. NAMED HEREIN AND ATTACHED HERETO

**FROM:** Al'Maurii Khan Tribal Nation (An Organized Body-Politic of Indigenous peoples, Native American Aborigines, Paleo-American / Indians, descendants of the Ancient Ones)

**TO:** Clerk[s] of the Court / Deputy Clerk[s] of the Court, and to whom else it may concern

**Al'Maurii Khan Tribal Nation files this Tribal Affidavit in support of the Al'Maurii Khan Tribal Trust tribal rights and the full exercise of Rights established under Ancient Law Maxims, Ecclesiastic Opinions, Tribal Notice[s], and Order[s] of the Supreme Court [and Inferior Courts] of the Al'Maurii Khan Tribal Nation With the intent of Legal and Lawful Notice to the Public and Family of Nations of the Earth upon the Freehold Estate of Our Ancestors.**

**Biffle v. Morton Rubber Indus., Inc., 785 S.W.2d 143, 144 (Tex.1990).** "An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is filemarked."

The minute all documents are received, it is recorded. Refusal to record documents once deposited to the (county) recorder ~~by any other party~~ is considered criminal subject to Title 18 USC § 2071 and it is punishable by fines and imprisonment without regard to third party intervention and where consent to third party intervention is refused by the party recording the document.

Title 18 USC – Crimes and Criminal Procedure
Part I – Crimes
Chapter 101 – Records and Reports
Section 2071 – Concealment, removal, or mutilation generally
(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

**IT IS HEREBY REQUESTED THAT THE FOLLOWING STYLED TRIBAL DOCUMENTS BE FILED / RECORDED:**

1. **NATIVE AMERICAN CONSTRUCTIVE AND PUBLIC NOTICE OF TRIBAL TRUST**
2. **TRIBAL AFFIDAVIT OF FACT**

3/29/17



Please send all correspondences to:
Al'Maurii Khan Tribal Trust
c/o Post Office Box 15324
Colorado Springs, Colorado [ZIP EXEMPT / NON-RESIDENT]
NON-Domestic / Republic; w/out U.S. by order of lex domicilii (Al'Moroc / Amexem / Washitaw)

Page 1 of 1

**Notice of Constitutional Question**
**Challenge to a Statute Pursuant Fed. Rule 5.1**



Al'Maurii Khan Tribal Nation[1] de Societas Republicae Ea Al Maurikanos by and through the Al'Maurii Khan Tribal Trust *ex-relatione*: BRO BRION HERU'EL OFRIKA BEY and the estate attached thereto, does hereby file this notice of constitutional question in support of the Tribal Affidavit styled '<u>Affidavit of Fact in Support of Claim[s] Against an agent of an instrumentality 28 USC 3002 (15)(b) for unlawful detention of internationally protected groups / indigenous peoples, misrepresentation of statutes as law, the prejudice of human rights, Indigenous rights, Treaty rights, Tribal rights and property, rights to privacy</u>' as the affidavit in and of itself puts into question the constitutionality and statutory authority which Instrumentality 28 USC 3002(15)(b) styled COLORADO SPRINGS, STATE OF COLORADO, PASCO COUNTY SHERIFFS, CLERKS, AND MAGISTRATES, et al. presumes to act.

The Tribal Affidavit has been mailed to Attorney General office for STATE OF COLORADO by certified mail No. 70160750000081307263.

This Constitutional Challenge along with 'Tribal Affidavit' shall also be forwarded to Attorney General of the United States in the event that STATE OF COLORADO 28 USC 3002 (15)(b), CITY OF COLORADO SPRINGS POLICE DEPARTMENT [agent] (Srv Officer) Carnes, S. (Badge) #957 attempts to claim that some Federal statute authorizes a suspension of treaty rights under Art. VI, Art. I Sec. 2 clause 8 of constitution for the United States of America for the purpose of enforcing statutes created by state General Assembly and not Congress.

**By placing His seal below,**
**MAKU: CHIEF: Sagamore brother bey,**
**affirms that the foregoing statements are true and correct, not intended for any unlawful or illegal purpose, nor to evade any lawful duty or obligation established by the supreme law or tribal laws of any nation.**

Date
4-3-17

CHIEF SEAL

---

[1] An Indigenous people (Aborigine) of the north American land referred to in the U.S. Code as Indian Country whom are NOT "resident of," "inhabitant of," "franchisee of," "subject of," "ward of," "property of," "chattel of," or "subject to the jurisdiction of" the "State of the Forum" of the United States or any corporate state, county, city (municipal body politic) creation under the primary authority of Article I, Section 8, Clause 17 and Article IV, Section 3, Clause 2 of the Constitution for these united states of America.

PLEASE MAKE VOID ANY AND ALL STATEMENTS OR DOCUMENTS IN YOUR CARE THAT MAY BE CONTRARY TO THE CLAIMS MADE IN THIS TRIBAL DOCUMENT AS IT MAY VIOLATE THE RIGHTS OF AUTONOMY OF THESE INDIGENOUS PEOPLES

*Tribal Document*





UNITED NATIONS INDIGENOUS
PEOPLE ORGANIZATIONAL
NUMBER 215/1993

UNITED NATIONS NIS #21/593



### Affidavit of Fact in Support of Claim[s] Against an agent of an instrumentality 28 USC 3002 (15)(b) for unlawful detention of internationally protcted groups / indigenous peoples, misrepresentation of statutes as law, the prejudice of human rights, Indigenous rights, Treaty rights, Tribal rights and property, rights to privacy

**From:** Al'Maurii Khan Tribal Nation, a native American Aborine / Indian Tribe enjoying jus soli and jus sanguine rights, privileges, and immunities as a sovereign, nation-state member of the untied States of America by way of inheritance to treaty rights and tribal rights and We the Peoples' acknowledgement and acceptance of our being heirs to the land of the Ancient Ones, Indian Country (18 USC 1151), on behalf of, brother brion heru'el ofrika bey (may at times be referred to herein as the **affiant or claimant**) [See attached Affidavit of Fact and Constructive and Public Notice of Autochthonous Status as further proof of claim]

**In Re:** STATE OF COLORADO 28 USC 3002 (15)(b),  CITY OF COLORADO SPRINGS POLICE DEPARTMENT [agent] (Srv Officer) Carnes, S. (Badge) #957 (referred to herein as the **defendant[s]**)

I, brother brion heru'el ofrika bey, do hereby state that the attached documents and the statements made in this affidavit of fact are true and correct to the best of my knowledge and is not intended to evade any lawful duty established by and through the supreme law of the land. I do affirm that this affidavit of fact is being filed to secure justice for actions carried out against me and / or my person by defendant without[s] lawful cause, i.e. a warrant to seize my person, my body, or any other private effects.

**Statements of Fact and Law in Further Support of this Affidavit:**

The summons / contract does not create jurisdiction for agent[s] of STATE OF COLORADO, CITY OF COLORADO SPRINGS to foreclose on their obligation to support and defend the tribal rights and treaty rights, human rights, indigenous rights, and the basic rights of the People as mandated by state of Colorado constitution. Failure of any court (state or federal) to recognize the right of self-governance, the right to not be subject to unlawful search and seizure, as property of brother brion heru'el ofrika bey is tantamount to reducing him to slavery and / or involuntary servitude in the face of a clear, concise, and lawful challenge of jurisdiction and prima facie evidence of misrepresentation and concealment which would cause injury to the tribe / nation.

**PUBLIC HAZARD BONDING OF CORPORATE AGENTS** All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and if required a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prima facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

As all government entities and alleged private corporations must be a creature of the American constitution, this affidavit is also a formal Request and Command for State of Colorado and / or its agents Office of the Attorney General to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction over American Aborigine Natives occupying ancestral lands in Indian Country 18 USC 1151, as required by Law, per Article III, sec. 1 of the United States Republic Constitution.

### Res Judicata

Without a meeting of the minds of the parties on an essential element, there can be no enforceable contact. **Hettenbaugh v. Keyes Ozon - Fincher Ins. Inc. 1962 Fla. App D3 147 So. 2d 328, Goff v. Indian Lake Estates, Inc. (1965 Fla. App D2) 178 So. 2d 910**

**Hagans v. Lavine 415 U.S. 533**, There is no discretion to ignore lack of jurisdiction. **Joyce v. U.S. 474 2d 215**, the law provides that once State and Federal jurisdiction have been challengd, it must be proven. **Main v. Thiboutot 100. S. Ct 2501 (1980)**,

"Jurisdiction can be challenged at any time", and "jurisdiction once challenged, cannot be assumed and must be decided." **Basso v. Utah Power and Light Co. 495 F.2d 906, 210**.

The only thing a plaintiff needs to plead and to prove if alleging false arrest, is either (1) that the defendant made an arrest or imprisonment, or (2) that the defendant affirmatively instigated, encouraged, incited, or caused the arrest or imprisonment. **Burlington v. Josephson, 153 Fed.2d 372, 276 (1946).**

It was the duty of an officer who attempts to make an arrest to exhibit the warrant if he has one. **Jones v. State, 114 Ga. 79, 39 S.E. 861 (1901).**

The one arresting has a duty to immediately seek a magistrate, and failure to do so makes a case of false imprisonment. **Heath v. Boyd, 175 S.W.2d. 217 (1943); Brock v. Stimson, 108 Mass. 520 (1871).**

Any undue delay is unlawful and wrongful, and renders the officer himself and all persons aiding and abetting therein wrongdoers from the beginning. **Ulvestad v. Dolphin, 278 Pac. 684 (1929).**

### Specific Findings of Law and Fact Requiring Judicial Notice

a. defendant[s], are themselves and or represent, non-Indian entities and non-inheritable of, nor in possession of any inalienable right which has been infringed upon by brother brion heru'el ofrika bey, an Indian / [American Indian] / Native American Aborigine, of Al'Maurii Khan Tribal Nation;

b. due process was not followed on the basis that under color of law, the Indian tribal member was unlawfully arrested and seized of his liberty and privacy and interrogated without any warrant for the arrest of his person by defendant[s];

c. as the summons was manufactured (i) out of coercion, threat, and threat of future harassment, and misrepresentation of State statutes as Congressional laws governing commerce with Indians which is further proof of a clear violation of due process; (ii) without a meeting of the minds between the parties involved (i.e. was not consensual), and (iii) under color of law and contrary to TRUTH, it (the summons, et al.) has no legal protection, confers no rights or obligations on either

party, is VOID AB INITIO on its face, and cannot create jurisdiction over the private person of brother brion heru'el ofrika bey;

d. let the records of this Indian tribe and the records of the United States reflect that affiant's encounter with agent[s] of STATE OF COLORADO, COLORADO SPRINGS 28 USC 3002(15)(b) was in Indian Country 18 USC 1151 as defendant[s] are not in possession of any Ameriquen / [American] territory or lands under Allodial title or with jus soli / jus sanguine rights;

e. application of these State statutes against the person of brother brion heru'el ofrika bey attempts to make void his tribal rights and treaty rights and threatens the political integrity, the welfare, and health of the tribe / nation of People whom does not consent to being slaves of or enslaved by defendant[s];

f. the United States laws do not require Humans, Indigenous peoples, Aborigine, Indians, American Nationals, or any citizen or foreign national whose rights are under their protection to (1) register their private property with any agency or (2) have and carry at all times a state drivers license for merely enjoying the use of a car / private property for non-commercial purposes;

g. the jurisdiction being asserted by defendant[s] against affiant's person is predicated on an alleged right (of defendant[s]) to regulate commerce; however, the commerce and regulatory liability being alleged against affiant was manufactured by the summons / contract that was created by and through threat and coercion and not by Congress as established by Art. I section 8 cl 2 Commerce with Indians Clause.

h. affiant was wrongfully arrested and detained for no lawful reason and or without warrant by defendant[s] and was held for over 20 minutes, against his will, without being immediately brought to a tribunal for due process.

### Notice and Demand for Relief

It is hereby demanded;

  a. that the courts of the states and United States accept for value as truth and fact that the claim, styled URGENT MATTER, submitted to U.S Department

of Justice Investigative Division OIG, Human Rights Committee Human Rights Treaties Division Office of the U.N. High Commissioner for Human Rights as proof that any contract (identified in the urgent matter as a summons) with STATE OF COLORADO, CITY OF COLORADO SPRINGS creating liability against the tribal member or his person was created without his consent, under threat and coercion, and misrepresentation, by state agents, of their obligation to support and defend the rights of the People (inclusive of tribal people) to alter / abolish government and govern themselves for the sake of their safety and happiness in unity with the laws of the United States;

b. that this court view any response to this affidavit not sworn to under penalty of perjury rebutting the claims made herein as a non-rebuttal by defendant[s] and default against defendant[s];

c. that this affidavit also be construed as a formal Request and Command for State of Colorado 28 USC 3002(15)(b) and / or its agents Office of the Attorney General to produce for the record, the physical documented 'Delegation of Authority' of defendant[s];

d. that the court issue an order of protection to all state agencies involved protecting the basic rights of the affiant in his public and private affairs;

e. that any criminal liability and or monetary damages, if found, by this court be levied against the defendant[s] pursuant to 28 US code ss 1152, 25 US code ss 1301, 18 US code ss 245 under color of law. **Ex parte Young, 209 U.S. 123 (1908)** declared that state officials can be sued to prevent them from violating a right protected under federal law. **Affirmed in Edelman v. Jordan, 415 U.S. 651 (1974); Verizon Md. Inc. v. Public Services Plaintiff, 535 U.S. 634, 645, 648 (2002); Winnebago Tribe of Nebraska v. Stovall, 341 F. 3d. 12102 (10th Cir. 2003)**. Including but not limited to: double tough, ill will, breach of contract, willful neglect of duties, imposition of suspect jurisdiction, wrongful arrest, malicious prosecution, illegal conviction, unlawful confinement, and violation of constitutionally protected rights as a American Aborigine enrolled tribal member in good

standing of a federally recognized and / or acknowledged treaty tribe, alleging that the STATE OF COLORADO 28 USC 3002(15)(b) a corporate construction subject to the supremacy clause incorporated into the Constitution for the united States of America and its agencies and assigns (collectively, "Defendant[s]") d/b/a trustee engaged in unfair acts or practices in imposition of suspect jurisdiction wrongful arrest, unlawful confinement, and violation of constitutional principles against American enrolled tribal member in good standing of a federally recognized and / or acknowledged treaty tribe;

f. that all current and future claims against the affiant created without consent and or under duress, threat or coercion be immediately ABATED, ABANDONED, DISMISSED, AND / OR VOID AB INITIO.

By placing my seal to this affidavit, I, brother brion heru'el ofrika bey, affiant and or claimant in this matter, do affirm for the record that the statements made in this affidavit and the attached affidavits and bonds are true and correct to the best of my knowledge and belief.

*For the Record, To Be Read Into The Record*

-Notice to Agent is Notice to Principle- Notice to Principle is Notice to Agent -







**TRIBAL ME____L (AFFIANT)**

**Contact Information:**
Telephone: (401) 484-8145
Records: almauriikhanpublicrecords.webs.com
Email: [Primary] UCC_1-103@protonmail.com or [Secondary] ucc1103@gmail.com
Mailing Location: care of post office box 15324 Colorado springs, Colorado 18 USC 1151, [80935-9998], North America (Washitaw / Wichitaw) territory

---

County of _El Paso_

(State of Colorado)

Brother Brion Heru'El Ofrika Bey©™, known by Me or made known for Me by proper identification and duly sworn, Certified, Verified, and Exemplified, pursuant to applicable Law, the Truth of this matter contained herein, this _6_ day of the _February_ month, in the year of _2017_ A.D.

_Rosana Ramponi_
Notary (Print Name)

_[signature]_
Notary (Sign Name)

My Commission Expires: ___03-04-2020___ (Seal)

> ROSANA E RAMPONI
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20084007375
> MY COMMISSION EXPIRES MARCH 4, 2020

**AFFIANTS USE OF (FOREIGN/CORPORATE) PUBLIC NOTARY SEAL ON THIS AFFIDAVIT WILL NOT PREJUDICE ANY OF THE RIGHTS, PRIVILEGES, AND IMMUNITIES SECURED BY WAY TREATY RIGHTS AND TRIBAL RIGHTS.**

URGENT MATTER

5 pages total

To: U.S. Dept of Justice
Investigation Division
Office of the Inspector General
+202 616 9881

Human Rights Committee (CCPR)
Human Rights Treaties Division (HRTD)
Office of the United Nations High
Commissioner for Human Rights (OHCHR)
+ 41 22 917 90 22

and To whom else it may concern

From: Al' Maurii Khau Tribe
Ex Relations: brother bey DBA BRO
BRION HERU EL OFRIKA BEY
mailing address: Post Office Box 15324
Colorado Springs, Colorado republic
Indian Country, North America/
North Amexum [ZIP Exempt]

Subject/Complaint: ① Unlawful detention of
See also attached          internationally protected
summons as evidence       groups (indigenous)
                          peoples
② Misrepresentation of
statutes as LAW (specifically
international)
③ Prejudice of Human Rights,
Indigenous Rights, Treaty
Rights, Tribal Rights and
Property, Rights to privacy

212 963 1921
Ford Motorcraft

FAXed to

UN Protocol and

Liason @ 4:07 pm

## FACTS OF the MATTER:

State of Colorado Art II Bill of rights officers agents of STATE OF COLORADO are required to respect the privacy rights, self governing rights, religous rights, and property rights of people/Humans without distinction that enter the territory.

State police officers are not elected officials but are employees of a municipality/corporation and said to be bound to performance as public servants by Oath. [In other words "police officers" are liken to patrolman]

brother ~~bey~~ is NOT an employee or agent of STATE OF COLORADO and has not knowingly waived any ~~RIGHTS~~ which would state otherwise. [If any information to the contrary exists, please provide so that it may be cured immediately for its being contrary to truth]

Slavery in Colorado, without having proof of committed a crime is unlawful and there WAS no proof of a crime to warrant brother bey being treated as chattel property of Colorado Springs, Colorado State, STATE OF COLORADO, its assigns or principals.

Facts of the matter (continued):

The Social Security Number is not to be used to identify and brother bey was handcuffed/unlawfully detained by agent until he gave up a Social Security Number

There is no law in this land which compels private citizens/people to identify themselves to public agents or entities

It is a crime against humanity and illegal detain some one to compel them to produce a social security number or to threaten with jail time in order to secure a Social Security number

The contract [referred to as a ticket/traffic citation] is null and void as the instrument was secured by way of threat and coercion, fraud, misrepresentation, against the will of brother bey, and contrary to the rules of engagement and UCC (Uniform Commercial Code).

Agent claimed that the assertion and enforcement of tribal rights and his duty and obligations to Not deprive indigenous people of those rights was wrong and whomever is teaching such things brother bey should disassociate himself. [Essentially he intended coerce brother bey out of hereditaments owed to his person by blood and Allodium]

Facts of the matter (Continued):

the agent in this matter, operating under badge #957 (Carnes) is liable for tort damages and the like for the unlawful use of [1] his firearm, [2] his public trust, [3] public property (which would ~~be used~~ be prohibited from being used to escheat the estate of Al'Maurii Khan Tribe and make a Tribal member/citizen into a slave/debt slave or the like), [4] dereliction duties, [5] attempting to enslave a free inhabitant, and other liability which can be ascertained by a competent venue, including and not limited to death and/or seizure of all assets.

Affirmation of the Foregoing by Tribal person

I, brother bey, do hereby affirm and state for the record that the events described herein True and correct to the best of my knowledge and belief are not made for any unlawful or illegal purpose or to evade any obligation(s) consistent with the supreme law of the Land.

                                        January 13th 2017

Please send all correspondence    _____
to : Al'Maurii Khan Tribe          brother bey
    Post Office Box 15324          Authorized Representative
    Colorado Springs, Colorado
    [ZIP Exempt]

Facts of the Matter (Continued):

"the agent in this matter, operating under badge #957 (Carnes) is liable for tort damages and the like for the unlawful use of his firearm, his public trust/public property (when would [crossed out] be prohibited from being used to escheat the estate of Al Moorish Khan Tribe and make a Tribal member/citizen into a slave/debt slave or the like), 2) dereliction duties, 3) attempting to enslave a free inhabitant, and other liability which can be ascertained by a competent venue, including and not limited to death and/or seizure of all assets.

Affirmation of the Foregoing by Tribal person

I, brother bey, do hereby affirm and state for the record that the events described herein True and correct to the best of my knowledge and belief are not made for any unlawful or illegal purpose or to evade any obligation(s) consistent with the supreme law of the Land.

January 13th 2017

Please send all correspondence

to: Al Moorish Khan Tribe          brother bey
    Post Office Box 15324          Authorized Representative
    Colorado Springs, Colorado
    [Zip Exempt]

2CNDL63F566158589        number phone    Other Phone
                         4072887347

**YOU ARE HEREBY DIRECTED TO APPEAR AS INDICATED**

El Paso County Combined Court                    04/12/2017 AT 8:00 AM
270 S. Tejon St, Room M118, Colorado Springs, CO
Failure to pay fine or appear in court may result in a bench warrant for your arrest and/or your
driver's license being revoked. If this date falls on a day when the court is closed, including weekends
and holidays, you are to appear on the next business day.

SEE BELOW FOR INSTRUCTIONS
TO ANSWER CHARGES OF VIOLATIONS OF 42 CRS as amended

**REASON FOR STOP:** 42-2-101 - LICENSE FOR DRIVERS REQUIRED
(DROVE VEHICLE WITHOUT VALID DRIVERS
LICENSE ON PERSON)

| Charge No 1 | Section | Sub Code | Cont Code | DNA | Surcharge Fine | Surcharge | Points |
|---|---|---|---|---|---|---|---|
| | 42-2-101(5) | TIB | 983 | | Mandatory Court | | 0 |

Title LICENSE FOR DRIVERS REQUIRED (DROVE VEHICLE WITHOUT VALID
DRIVERS LICENSE ON PERSON)

Description LICENSE NOT IN POSSESSION

| Charge No 2 | Section | Sub Code | Com Code | | Fine | Surcharge | Points |
|---|---|---|---|---|---|---|---|
| | 42-4-1409(3) | MT1 | 957 | | Mandatory Court | | 4 |

Title Compulsory Insurance - failed to present evidence of
insurance upon request

Description COMPULSORY INSURANCE - FAILED TO PRESENT EVIDENCE OF
INSURANCE UPON REQUEST

| Charge No 3 | Section | Sub Code | Com Code | | Fine | Surcharge | Points |
|---|---|---|---|---|---|---|---|
| | 42-3-203 | TIB | 39 | | Mandatory Court | | 0 |

Title DISPLAYED EXPIRED TEMPORARY PERMIT (60 OR MORE DAYS)

Description 60 OR MORE DAYS PAST EXPIRATION-PLATE EXPIRED 11-04-16

| Victims Brochure ( ) | TOTAL TO BE PAID BY MAIL I COURT Mandatory Court | TOTAL POINTS 4 |
|---|---|---|
| APPROXIMATE LOCATION OF VIOLATION Located in Colorado Springs, El Paso County Colorado | | Violation Date 01/11/2017  Appro. Time 07:08 |
| 300 N MURRAY BL @ | | |
| CUSTODY / SERVICE / LOCATION | | Service DATE  Appro. Time |
| 600 N MURRAY BL @ | | 01/11/2017  07:45 |
| NON PAYABLE SUMMONS | | TRAFFIC |

WITHOUT ADMITTING GUILT, I HEREBY PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED AND I
ACKNOWLEDGE RECEIPT OF THIS SUMMONS AND I IMPLICITLY WITHIN, I ASSURE I AM BELOW, I ALSO
ACKNOWLEDGE I READ THE SPECIAL RIGHTS AND REQUIREMENTS FOR MINORS, IF I AM SIGNING AS
A MINOR OR THE PARENT/GUARDIAN OF A MINOR?

DEFENDANT: **X**

The further agreement or jurisdiction or to between the other interest or constitution interested of agreed to the parties
a dignity of the penalties of the State of Colorado. Signed of conviction for any and entity, that the Summons and
Complaint was signed and served upon the defendant at the location and on the date indicated above

| Officer 1 | _(signature)_ | | Carnes, S. 957 |
|---|---|---|---|
| | Officer 1 Signature | | Officer 1 |

| Officer 2 | _(signature)_ | | |
|---|---|---|---|
| | Officer 2 Signature | | Officer 2 |

| Served by | _(signature)_ | | Carnes, S. 957 |
|---|---|---|---|
| | | | Srv Officer |

County Non-payable Summons to appear for a traffic or non-traffic offense.
THIS IS A LEGAL DOCUMENT AND CONTAINS IMPORTANT INFORMATION

**PLEASE READ CAREFULLY**

If this ticket is marked as a Non-payable Summons, then you are required to appear in
Court at the time, place and date shown for advisement of your rights and the opportunity
to meet with the prosecutor to resolve the charges against you. If you plead "not guilty" it
may be necessary for you to return on a later date for a trial or hearing. If you do not
appear on the date specified or any other date, then the Court will issue a warrant for your
arrest and you have to post a bond. You will also be unable to renew or secure a driver's
license until you appear and pay a fee required by law.

SPECIAL REQUIREMENTS AND RIGHTS FOR MINORS (Persons under the age of 18)
You are required to personally appear in court and have a parent or guardian accompany
you to all court appearances. You have the right to the assistance of counsel which can be
appointed if you or your parent/guardian lack adequate resources to pay for it. To see if
you are eligible for court-appointed counsel, contact the Office of the State Public
Defender using the contact information provided at least 5 days before your promised
date of appearance.

Office of the State Public Defender



Classified Truth A-1 Freehold by Inheritance Diplomatic Immunity Registration No. AA222141 **AS REGISTERED WITH THE LIBRARY OF CONGRESS & U.S. DEPARTMENT OF JUSTICE IN WASHINGTON, D.C. UNITED STATES**





## AFFIDAVIT OF FACT AND CONSTRUCTIVE PUBLIC NOTICE OF AUTOCHTHONOUS STATUS

**From:**
**Al'Maurii Khan Tribal Trust**
**(Affiant) brother brion heru'el ofrika bey©™, Bro. Brion Heru'El Ofrika Bey©™ ex Rel BRO.**
**BRION HERU'EL OFRIKA BEY**
**Care of 1010 S. Chelton Road**
**Colorado Springs, Colorado state near [80910]**
**Zip Exempt, Nonresident / Non-Domestic**
**Republic w/out U.S. by rule of Lex Domicilii**
**(North Al'Moroc / Amexem / Amerique Empire and territory)**

**To: State of Colorado Public Officials**
**And all other Federal, State, and Local Public Officials and whom else it may concern**

**Authority:**
1. Colorado Constitution Article II Bill of Rights
2. Organic Constitution for the United States of America Article I - Indians not represented or taxed...i.e. prohibiting citizenship to Aboriginal peoples mislabeled Negro and Indian; Article VI Supreme law is Treaty law.
3. Supreme Court case Scott v. Sanford affirms that Negroes, Blacks, Coloreds, i.e. peoples classified as being of African descent cannot attain U.S. citizenship.
4. U.S. – Morocco 1787 Treaty of Peace and Friendship Article XXI Equal Justice for Moors.
5. Philadelphia 1933 House Resolution 75 Restoration of Moors' / Moorish American citizens' religious rights and titles.
6. Moorish Zodiac Constitution and Nationality... filed in Library Congress AA222141 affirming Truth A-1 status.
7. Executive Order 13107 the Implementation of United Nations treaties in United States law.
8. See also Office of Inspector General (OIG), United States Department of Commerce Complaint No. 15-0387 as further proof of My Identity and the misrepresentation / mislabeling which has lead to My misclassification and unlawful presumption as a 14th Amendment, U.S. citizen "person" corporate chattel, collateral ward, under the Corporate Bankruptcy of the United States.
9. U.N. Declaration on Rights of Indigenous Peoples 2007 endorsed by POTUS Barack H. Obama / Commander In Chief of the United States.

10. United States Executive Order 12803 and 49 Statute 3097 Treaty Series 881, also, United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples on 14 December 1960, UN GA/Res 1514(XV) and by provisions of customary and treaty based international law, granting the people all powers that had previously been claimed and exercised by alien peoples and their agents and assigns. Basic requirements that colonizing people transfer all powers to the colonized peoples is mandated at Article 5 of this Declaration and the affirmation of the Declaration on the Rights of Indigenous Peoples by the General Assembly A/61/L/67 September 7, 2007.

## Statement of Facts:

I, brother brion heru'el ofrika bey©™, an Autochthonous Aboriginal, Moor / Muur / Maurii, Moorish American, whose Tribal rights are inalienable and protected / not waived pursuant C.R.S. 4-1-308, U.S. Code 1401(b), and exercised in accordance with the Supreme Court Case Hale v. Henkel doctrines, by and through my contact with agents of the United States and / or et al. SO states, do hereby state and affirm that the following statements about my DNA, blood, genetics, Freehold status, etc. made herein are true and correct to the best of my knowledge and not intended for any illegal or ulterior purposes:

The results from the DNA testing of brother brion heru'el ofrika bey©™ are based upon information and, data compared and collected through 23andMe and GedMatch Specimen #M213584, agencies who are dedicated to Genetic Research and whose integrity [in this area] is unquestionable with respect to their accuracy and consistency with other agencies. The historical information and lawful facts coupled with the ancestral data herein is considered up to date and valid to completely offer to readers the proper support for Brother Bey's Self-Evident claim of blood-line attachment to the Americas, as a Paleo-American Autochthonous Aboriginal Washitaw Moor / Maurii of Asiatic descent from the East.

Furthermore, by this document, the reader is also given a brief of the lawful establishment of Rightful claim, through Blood, to Lands [occupied and / or held in Trust by the United States of America and / or its agents] as Freeholder to the Americas by brother brion heru'el ofrika bey©™ and his posterity.

## The Connection to North, South, Central America and the Adjoining Islands

Let us start by saying that according to 23andMe ancestry analysis brother brion heru'el ofrika bey©™ has an Ancestral Composition of Sub-Saharan African 22%, European 12.1%, Unassigned 65.9%, with assigned populations at a confidence level of 90% (Conservative estimate). When viewing ancestral composition with assigned populations at a confidence level of 51%, the breakdown is Sub-Saharan 83.7%, European 15%, Middle Eastern .4%, E. Asian/Native American .1%, South Asian .1%, Unassigned .1% (Speculative estimate). It must be noted that according 23andMe, Unassigned DNA is that which is mostly found in Asia. The explanation for these results (especially, the Conservative being interpreted as the most accurate) appears in the True world history that evidences the presence of the Asiatic Moor / Maurii [Black, Negro, Negrito, Sambo, Saracen, etc.] all over the planet, influencing all populations culturally and genetically as further substantiated in the blood and Science of the "Modern Man". The Speculative estimates are exactly that, speculative, and broadly defined based upon historical

Classified Truth A-1 Freehold by Inheritance Diplomatic Immunity Registration No. AA222141 AS REGISTERED WITH THE LIBRARY OF CONGRESS & U.S. DEPARTMENT OF JUSTICE IN WASHINGTON, D.C. UNITED STATES

presumption of the trans-Atlantic slave trade being the absolute explanation for Asiatic peoples (mislabeled Indian or Negro, et al. terms) in America and Europe. The misrepresentation of fact [and history] and other social factors create a tumultuous circumstance for Asiatic peoples mislabeled African American, Black, Negro, etc. seeking to investigate their ancestry through genetic testing. Biology has placed before the Asiatic the opportunity to free their minds from the strongholds of inferiority based upon skin color, nationality, sex, social condition, religious beliefs, etc. and as more information regarding the true history of the planet becomes available, so increases the opportunity for greater Self discovery and application of the wisdom received. Please do not be dismissive of Bey's .1% Native American admixture through 23andMe as; 1) they do not test all known populations of Native American tribes; 2) the .1% Broadly East Asian and Native American traces can be found on Chromosomes X, 12, 15, and 19 in short chunks suggesting recombination and mixing of the genome, which means the mixing occurred long ago; and 3) the genetic difference between individual humans today is about .1% on average and between chimpanzee and human is 1.2%. With the foregoing in consideration it becomes quite obvious that Bey's Native American DNA is quantifiable and valid for inheritance of Freehold rights through Blood ties to the Land.

More scientific proof of brother brion heru'el ofrika bey©™ and his family's attachment to the Land [North Al'Moroc / Amerique territory] and their Autochthonous Aborigine American, Sui Juris, Jus Soli, status at law with respect to the foreign, insolvent, European body-politic / corporation styled United States (and its agencies) is revealed through GedMatch and their use of populations from the following projects: Magnus Ducatus Lituaniae Project, Dodecad Ancestry Project, Harappa World, Ethiohelix, Eurogenes. These various projects reveal percentages of specific genetic information found on each chromosome. This same information in the case of Brother Bey is very consistent with the declaration of being Paleo-American Autochthonous Aboriginal Washitaw Moor / Maurii of Asiatic descent from the East.

When going through brother brion heru'el ofrika bey©™ specimen, the admixture proportions by chromosome configured using MDLP project calculator model MDLP World-22 reveal that the populations of Pygmy, Atlantic Mediterranean Neolithic and Near East [with Sub-Saharan having the greatest proportions in all tests] are very substantial [for the purpose of this text], i.e. > 1% of each population admixture. The North-Amerind, South-Amerind, Mesoamerican, and Arctic-Amerind populations are low, i.e. < .5% (of each population admixture). From Dodecad Ancestry Project, utility DodecadV3 Admixture proportions for populations Southeast Asian, Northwest African, Mediterranean are > 1% (of each population admixture). According to Happaworld the Admixture Proportions for Caucasian, Pygmy, and San are above 1% of each population admixture. More information is available on GedMatch for further investigation and clarity on any statements or conclusions derived here from.

Under GedMatch's Archaic Matches search Specimen #M213584 is observed as having Clovis [Montana Man] DNA on at least 18 Chromosomes at 700SNPs / 1cm. This relationship is very important with respect to brother brion heru'el ofrika bey©™ ancestral claims to the American territory as a Freeholder in Due Course being a descendant of the Paleo-American tribes, recognized by some as the First Americans. The same Heritage Search revealed that on 22 chromosomes matches to Ust-Ishim, Siberia bone dated to be around 45ky old. The Siberian and Clovis admixtures are scientific proof of Aborigine Blood and brother brion heru'el ofrika

Classified Truth A-1 Freehold by Inheritance Diplomatic Immunity Registration No. AA222141 AS REGISTERED WITH THE LIBRARY OF CONGRESS & U.S. DEPARTMENT OF JUSTICE IN WASHINGTON, D.C. UNITED STATES

bey©™'s rightful claim as part and parcel of the American land / Real territory, Sovereign Creditor to the contemporary nations, states, and corporations conducting trade and commerce upon Aborigine lands contemporarily called North, South, Central America, Europe, Asia, and Africa.

Furthermore, this Affidavit of Fact and Public Notice of Autochthonous Status and the genetic information herein shall suffice as an **Allodial Permit** establishing as a Matter of lawful Fact and prima facie evidence of affiant's Autochthonous Status by a third party under [local rule] C.R.S. 4-1-307 and International law, i.e. the Constitution for the United States of America.

Any and all rebuttals to the statements made herein MUST be sworn to under penalty of perjury by any and all claimants possessing and bearing proof of solvency sworn to in writing under penalty of perjury. Failure to do so means claimants and their assigns assent to the statements made herein and are estopped collaterally for want of subject matter and territorial jurisdiction. Penalties for attempting to circumvent the authority of this Affidavit and affiants' Rights and Immunities shall begin at 10,000 U.S. Treasury Silver Eagle .999 Bullion Dollars or 10,000 other designated Silver Bullion coins per violation; in addition to other penalties set forth in other documents of the Affiant. This clause is to affect all violators in their public / corporate and private / individual capacities.

By affixing my seal below, I, brother brion Herudi ofrika bey©™, do affirm the statements made above are true and correct and not misleading to the public.

_____     Date: July 25th, 2016

Authorized Representative

Subscribed and affirmed before me in the County of EL PASO, State of Colorado this 25 day of July, 2016.

_____
Notary Official Signature.

March 16, 2020
Commission Expiration

SHIRLEY DAYANA JIMENEZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034036254
MY COMMISSION EXPIRES MARCH 16, 2020

Classified Truth A-1 Freehold by Inheritance Diplomatic Immunity Registration No. AA222141 AS REGISTERED WITH THE LIBRARY OF CONGRESS & U.S. DEPARTMENT OF JUSTICE IN WASHINGTON, D.C. UNITED STATES

1  From: Al'Maurii Khan Tribe on behalf Tribal citizen / member
2  Brother brion heru'el ofrika bey©™
3  Care of Post Office Box 15324
4  Colorado Springs, Colorado state near [80935]
5  Zip Exempt, Nonresident / Non-Domestic
6  Republic w/out U.S. by rule of Lex Domicilii
7  (North Al'Moroc / Amexem / Amerique Empire and territory)
8
9  To: State of Colorado Attorney General's Office
10 Cynthia H. Coffman, or holder of the seat
11 1300 Broadway, 10th Floor
12 Denver, CO 80203;
13 via Registered Mail No. RB 253 770 160 US
14 with return receipt
15 Fax: 720-508-6030
16

17 County of El Paso                    )
18                                      )
19 (State of Colorado Republic)         )          Asservation
20                                      )
21 United States of America             )
22
23                 brother brion heru'el ofrika bey©™

24      Only in capacity as beneficiary to the de jure Original Jurisdiction of the Sovereign,
25 Autochthonous Aboriginal Indigenous Native American Moors / Muurs of the Americas;
26 specifically in North America and in the matter brother brion heru'el ofrika bey©™, in the 50
27 Organic united States, and the Original Jurisdiction of the De Jure Common Law and Equity,
28 united States of America Republic. All international laws and treaty laws for Autochthonous
29 Aboriginal Indigenous Moors/Muurs are to be upheld by all united States Constitution Oath
30 Bound public officials, and all State and Federal colorable laws, codes, statutes, ordinances,
31 regulations and customs are hereby superseded as pursuant to [Maxims of] Equity and the
32 Constitution for the united States of America, Article IV, the Supreme Law of the Land.

33          NOTICE OF SURETY ACT AND BOND NO.: RB 253 770 160 US
34 Lawful Consideration of 2 Silver Dollars of the United States of America & 20 Avoirdupois
35              ounces (oz avdp) of .999 Copper Bullion Coins
36
37      Re: the bonding of Al'Maurii Khan National, brother brion heru'el ofrika bey©™, the
38 Creditor, General Executor, holder in due course of this bond and real party in interest over ens

cc: The Colorado State Attorney General as the Fiduciary of this said Bond, is to give notice to the United States Secretary of the Treasury as Trustee of the United States' and 50 Corporate States' Bankruptcy(ies), who shall forward a copy to the Director of the Mint.

Classified Truth A-1 Freehold by Inheritance Diplomatic Immunity Registration No. AA222141 AS REGISTERED WITH THE LIBRARY OF CONGRESS & U.S. DEPARTMENT OF JUSTICE IN WASHINGTON, D.C. UNITED STATES

39   *legis* , 14th Amendment U.S. citizen "person" corporation known as BRO. BRION HERU'EL
40   OFRIKA BEY [a trade name] and all real, personal and intangible property, goods, accounts,
41   chattel papers (Birth Certificate(s), Social Security Card(s), Drivers License(s), State I.D.(s), etc.),
42   claims, cases, citations, Bonds, Notes, Drafts, Bills of Exchange, Documents of title, et al
43   documents, Public Records, instruments, commercial instruments and all other papers, tangible
44   and intangible assets or liabilities attached thereto BRO. BRION HERU'EL OFRIKA BEY; BRO.
45   BRION HERU'EL OFRIKA BEY©™, Bro. Brion Heru'El Ofrika Bey©™ and any and all possible
46   combinations of appellations contained herein. All law is contract, and the precepts of truth,
47   offer, acceptance, agreement and consideration are inherent to all lawful contracts. "*Le Contrat*
48   *fait la loi. The Contract makes the law.*" – Bouvier's Dictionary of Law. 1856. All corporate
49   States and corporate States' employees must prove Constitutional gold and Silver money
50   solvency to have 10th and 11th Amendment rights, or else they are *civiliter mortuus* due to
51   bankruptcy and as pursuant to law. Upon acceptance of this Silver and Copper Bullion surety
52   bond, it is hereby agreed as contract between all State and Federal corporate public officials
53   and the private party known as brother heru'el ofrika bey©™, that the corporate UNITED
54   STATES and the corporate STATE OF COLORADO, along with all officers, agents and employees,
55   assumes the position of debtor in this bond; granting the Secured Party a perfected security
56   interest, and in all matters contained herein. This is pursuant to and not limited to the following
57   codes and laws, please reference "The Administrative Judgment on the Unalienable Right to
58   Travel Unrestricted by the State" as found in Pulaski County Circuit / County Clerk Real Estate
59   Room 216; Instrument No. 2012076074, the "Affidavit of Fact For Public Record and File"
60   Republic of Florida county of Pasco file No. 2011086721 Bk. 8558 pg. 1114 – 1115, the
61   Constitution for the united States of America, Article I Section 10 and Article 4 Sections 1 and 4,
62   the Bill of Rights, the Coinage Act of 1792, U.S. Statutes at Large 1 Stat. 246-251, House Joint
63   Resolution 192, U.S. Statutes at Large 48 Stat. 112-113, Public Resolution (Law) 73-10, U.C.C. 1-
64   103, 1-204, 1-207/308, 2-403, 2-606, 2-609, 2-610, 3-303, 3-305, 7-103, 8-202, 9-210, 9-311,
65   Mills v. Duryee, 11 U.S. 481 (1813), Bank v. Sherman, 101 U.S. 403, 406 (1879), Hale v. Henkel,
66   201 U.S. 43 (1906), Perry v. U.S., 294 U.S. 330 (1935), Gauranty Trust Co. of New York v.
67   Henwood et al., 307 U.S. 247 (1939), Clearfield Trust Co. v. United States, 318 U.S. 363-371
68   (1943), Cooper v. Aaron, 358 U.S. 1(1958), Pearlman v. Reliance Ins. Co., 371 U.S. 132 (1962),
69   Downes v. Bidwell, 182 U.S. 244 (1901), (the dissent given by Justice John Marshall Harlan, on
70   Congress unlawfully legislating outside of the Constitution and the loss of Constitutionally
71   guaranteed Freedom; a warning which actually had come to pass, and created two (2) different
72   jurisdictions; a De Facto Democracy versus a De Jure Republic), Coleman v. Miller, 307 U.S. 433,
73   488 (1939), Dyett v. Turner, 439 P.2d 266 (1968), State v. Phillips, 540 P.2d 936 (1975), Marbury
74   v. Madison, 5 U.S. 137 (1803), Norton v. Shelby County, 118 U.S. 425 (1886), (These cases show
75   that the (color of law) 14th Amendment to the Constitution for the united States of America was
76   unconstitutional due to Reconstruction Acts and rump legislation, and not ratified according to
77   Article V, and all unconstitutional acts by Congress are void), Scott v. Sandford, 60 U.S. 393
78   (1857) (U.S. Citizenship / citizenship was never to be granted to Natural Persons of
79   Autochthonous, Aboriginal Indigenous Native American Muurish / Moorish (African) descent;
80   who are actually nationals at birth, and therefore NOT subject to the corporate United States'

cc: The Colorado State Attorney General as the Fiduciary of this said Bond, is to give notice to the United States Secretary of the Treasury as Trustee of the United States' and 50 Corporate States' Bankruptcy(ies), who shall forward a copy to the Director of the Mint.

Classified Truth A-1 Freehold by Inheritance Diplomatic Immunity Registration No. AA222141 AS REGISTERED WITH THE LIBRARY OF CONGRESS & U.S. DEPARTMENT OF JUSTICE IN WASHINGTON, D.C. UNITED STATES

81  and the 50 corporate States' jurisdiction) Executive Orders 11110, 11825, and 13107, 27 CFR
82  72.11, the Par Value Modification Act, U.S. Statutes at Large 87 Stat. 352 as amended by
83  Section 2(b), Fav Corp. v. Fredrick & Nelson Seattle, Inc., 896 F.2d. 1227 (9th Cir. 1990), Adams
84  et al. v. Burlington Northern Railroad Company Nos. 94-35461, 94-35618, United States Court
85  of Appeals, Ninth Circuit (1996), (This case proves that bonds, when first issued, come under
86  Article 3 of the Uniform Commercial Code, the House Joint Resolution 192 bankruptcy is still
87  ongoing, but all Gold and Silver clauses in all new obligations created after 1977 have been
88  enforceable since October 27th 1977.), U.S. v. Frega, 179 F.3d. 793 (9th Cir. 1999), Public Laws
89  89-719, 94-564, 95-147(c), the U.S. House of Representatives of Pennsylvania's Hon. Louis T.
90  McFadden's 1934 speech on the Federal Reserve Corporation and the United States
91  Bankruptcy, United States of America Congressional Record: Proceedings and Debates of the
92  76th Congress: Third Session in August through September of 1940- [emphasis added: the Secret
93  Unification of Great Britain, Israel, and the United States] Steps Toward British Union, a World
94  State and Internal Strife Parts I-IX; the remarks Hon. J. Thorkelson of Montana, in the U.S.
95  House of Representatives, The Book "Modern Money Mechanics" by the Federal Reserve Bank
96  of Chicago and 26 USC 165(g) – value of Federal Reserve Notes (fiat currency) and bank checks
97  having no commodity or intrinsic value whatsoever, and cannot stand as consideration in any
98  contracts) 8 USC 1401(b), 18 USC 8 241, 242, 245, 891-894, 1091, 1001, 1346, 1581, 1583, and
99  1961 – 1964, 28 USC 3002 et seq and 31 USC 5118(d)(2); et al public records, laws or codes to
100 secure unalienable rights, redress, obtain remedy, accord and satisfaction, and relief.

101     Known all men, by these present; Whereas only fiat money exist in circulation for the
102 discharge of debt and obligations whether alleged or real, whereas, I, brother brion heru'el
103 ofrika bey©™, an Al'Maurii Khan Tribe member / subject by blood quantum, Private Party,
104 Creditor, Principal, Titled Sovereign, neutral, surety, guarantor, Grantor and Beneficiary, of this
105 bond, a free man upon the soil of the Colorado state Republic, state that I am not a
106 corporation, am a living being, of legal age, competent to testify, have firsthand personal
107 knowledge of the truths and facts stated herein as being true, correct, complete, certain, and
108 not misleading.  See Statement of Trade Name filed with Colorado Secretary of State under ID
109 Number 20161479618.

110     I, brother brion heru'el ofrika bey©™, of my own free will and accord, in the presence
111 of the Almighty Allah, in capacity as beneficiary to the Original Jurisdictions, in good conscience,
112 do willingly undertake to act as surety, to pledge and provide bond, in the amount of 20
113 avoirdupois ounces of .999 copper bullion coins and 2 (TWO) Silver rounds / Silver Dollars in
114 Silver Coinage , Lawful Substance of Lawful Specie money and Lawful Coin Dollars of the united
115 States of America, privately held in my ownership and possession. This undertaking is in
116 accordance with Amendment VII in the Bill of Rights for the Constitution of the United States.

117     This bond is to the credit of the private party listed hereon, brother brion heru'el ofrika
118 bey's©™ capacity as beneficiary to the Original Jurisdictions, by his appellation, as full faith and
119 credit guarantee to any lawful bill in redemption, duly presented under penalties of perjury and
120 under seal in lawful substance of lawful specie of money and Lawful specie of money of the
121 account of the united States of America, Original Jurisdictions, to wit, pursuant and in parity to
122 the cost – expense ratio of Federal Reserve Notes to 1 (one) Silver (Round) Dollar and the

cc: The Colorado State Attorney General as the Fiduciary of this said Bond, is to give notice to the United States Secretary of the Treasury as Trustee of the United States' and 50 Corporate States' Bankruptcy(ies), who shall forward a copy to the Director of the Mint.

Classified Truth A-1 Freehold by Inheritance Diplomatic Immunity Registration No. AA222141 AS REGISTERED WITH THE LIBRARY OF CONGRESS & U.S. DEPARTMENT OF JUSTICE IN WASHINGTON, D.C. UNITED STATES

123 Collective Copper content of post 1982 U.S. 1 Cent pieces to one Avoirdupois ounce of .999
124 Copper Bullion Coin. The Copper Bullion Coins are hereby pledged pursuant the following
125 equation and the following count: 20 Copper Bullion Coins: Post 1982 U.S. 1 Cent piece,
126 consisting of 2.5 grams total weight, with a copper content of 2.5%. The 2.5% copper content
127 equals .625 grams of copper content. This Copper Bullion is pledged at a copper content value /
128 ratio of 453.1464 post U.S. 1 Cent pieces, to 1 Avoirdupois ounce of .999 of copper bullion coin
129 weighing 28.35 grams. (This is Lawful Substance *in re*: De Jure American Monetary Metals.)
130    This Bill of Redemption is a tender as set off for any alleged contract, agreement,
131 consent, assent, charge or claim purportedly held as an obligation of duty against brother brion
132 heru'el ofrika bey©™ or BRO. BRION HERU'EL OFRIKA BEY; so as to cause an imputed disability,
133 or presumption against the capacity, rights, and powers of Brother brion heru'el ofrika bey©™.
134 The specific intent of the bond, under seal, is to establish by My witness, the Good Credit and
135 Lawful Substance of Lawful Specie Money and Lawful Money Specie of Brother brion heru'el
136 ofrika bey©™, an Autochthonous Aboriginal American of the Al'Maurii Khan tribe.
137    I, Brother brion heru'el ofrika bey©™, do make this surety, pledge, bond, under My Seal,
138 as Full Faith and Credit guarantee, to any Lawful Bill, duly presented, to me under Seal, under
139 penalties of perjury, in Lawful Substance of Lawful Specie money and Lawful money of Account
140 of the united States of America, in the matter of correct public judicial / corporate actions in
141 the form of Original Rules, Original Jurisdictions, for the benefit and credit of the peculiar
142 private party listed above and all Heirs and Assigns.
143    The intent of the bond, under Seal, is to establish, by My Witness, the Good Credit, in
144 the sum certain amount of 20 Avoirdupois ounces of .999% Copper bullion coins and 2 (TWO)
145 Silver (Rounds) Dollars in Silver coinage, which carries no debt obligation Worldwide, united
146 States of America, Lawful Specie Dollars of the united States of America, available to bond the
147 actions of the private party listed above, and further, in Reservation of Rights under common
148 law and customs of the united States of America, Original Jurisdictions, Original Rules, has,
149 before this assembly of Men, a bond in tender of 20 Avoirdupois ounces of .999% copper
150 bullion coins and   2 (TWO) Silver Dollars, Coinage Act of A.D. 1792, Bond of Identity and
151 Character as proof positive, competent evidence, Brother brion heru'el ofrika bey©™, could not
152 be bankrupt, via the causa debendi, not cessio bonorum, or informa pauperis, and dolus to
153 trust BRO. BRION HERU'EL OFRIKA BEY©™.
154    The Life of the bond covers the Lifespan of Brother brion heru'el ofrika bey©™ from the
155 date entered below, unless any and all claimants against Brother brion heru'el ofrika bey©™
156 and BRO. BRION HERU'EL OFRIKA BEY, enters a true Bill of Particulars duly presented under
157 penalty of perjury and related causes of actions and advice of counsel (who claimant works
158 for?) and information with testamentary documentation duly presented under penalties of
159 perjury, as pursuant to Title 26 USC 6065; into evidence in the case of the peculiar private party
160 listed above, in which case the life of the bond will stand as a counter-claim to any such
161 documentation duly presented under penalties of perjury, as pursuant to Title 26 USC 6065, in
162 the case of peculiar party listed above; whereby, by the signature, Jurat and Seal of Brother
163 brion heru'el ofrika bey©™, in capacity as beneficiary of Original Jurisdictions, surety, guarantor
164 herein confirms, attests, and affirms this bond. (All claimants must prove that they are not

cc: The Colorado State Attorney General as the Fiduciary of this said Bond, is to give notice to the United States Secretary of the Treasury as Trustee of the United States' and 50 Corporate States' Bankruptcy(ies), who shall forward a copy to the Director of the Mint.

Classified Truth A-1 Freehold by Inheritance Diplomatic Immunity Registration No. AA222141 **AS REGISTERED WITH THE LIBRARY OF CONGRESS & U.S. DEPARTMENT OF JUSTICE IN WASHINGTON, D.C. UNITED STATES**

165 acting as 14th Amendment, U.S. Citizen "person" corporate chattel, collateral ward in
166 bankruptcy, which would prove their incompetence, and their solvency must be proven with
167 Bond in Lawful Substance of Lawful Specie Money and / or Lawful Specie Money equal to or
168 greater than the Amount contained herein this bond, and Surety Bond via Registered Mail No.
169 RB 253 770 160 US. The Secured Party Creditor within this bond is hereby granted a perfected,
170 security interest and lien upon any corporation, agency, agent, officer, employee and individual,
171 natural person living corpus, and all real, personal, tangible and intangible property, and any
172 and all other types of property; no matter where it is held globally, and under what name,
173 classification, numbering system, etc.; attached to the 14th Amendment, U.S. Citizen "person"
174 corporate chattel, collateral ward; for violation of this said bond and denial of any unalienable
175 and commercial rights, and for presenting false claims to the secured party. Penalties shall
176 begin at 10,000 U.S. Treasury Silver Eagle .999 Bullion Dollars or 10,000 other designated Silver
177 Bullion coins per violation; in addition to other penalties set forth in other documents of the
178 Secured Party Creditor. This clause is to affect all violators in their public / corporate and
179 private / individual capacities.) All assumptions and presumptions have to be proven in writing,
180 signed, and sealed under penalties of perjury before 3 (three) witnesses as a valid response, if
181 any.
182       Upon failure of response required under the 3 (three) day grace period under Truth In
183 Lending, Regulation Z, to respond and rebut, point for point, this Notice of Surety Act and Bond,
184 from receipt, or any facsimile presentation of bond made after public recording, UCC Section 1-
185 205, unless a request for an extension of time is presented in writing, claimant is hereby
186 collaterally estopped from any further adversarial actions against the peculiar private party
187 listed above, and for good cause not limited to the laws of collateral estoppel, coercion, fraud,
188 and want of subject matter jurisdiction, the peculiar private party listed above demands that
189 the causes be vacated, dismissed and the accounts immediately discharged with prejudice. A
190 lack of response or rebuttal under the penalties of perjury means claimant assents to this
191 Notice of Surety Act and Bond and that a fault exists, UCC 1-201(16), creating fraud through
192 material misrepresentation that vitiates all forms, contracts, testimony, agreements, etc.
193 expressed or implied, from the beginning, UCC Section 1-103, of which claimant may rely on,
194 and there is no longer permission by consent or assent for any demand of payment being
195 ordered or levied against the peculiar private party listed above, and the peculiar private party
196 listed above further demands that the record be expunged and the records and facts of the
197 attached captioned matter(s) be turned over to the Office of Homeland Security and any other
198 interested federal agency for their investigation of violations of federal law and any interlocking
199 agencies, et al. Failure to comply pursuant to the Truth In Lending Act will negate all remedies
200 for claimant. Any Third Party compelled to serve will make claimant liable for civil and criminal
201 prosecution in accordance with the Erie and Clearfield Doctrines.
202
203 **FEE SCHEDULE OUTLINING PAYMENTS OWED TO NAMED CREDITOR SHOULD AGENTS OF**
204 **STATE OF COLORADO SEEK ANY COMMERCIAL INTERACTION WHICH MAY LEAD TO CHARGES**
205 **OR CLAIMS AGAINST CREDITOR'S PERSON OR TRIBAL RIGHTS AND PROPERTY**
206       $150 for any and every request or demand for identification and / or inspection of papers

cc: The Colorado State Attorney General as the Fiduciary of this said Bond, is to give notice to the United States Secretary of the Treasury as Trustee of the United States' and 50 Corporate States' Bankruptcy(ies), who shall forward a copy to the Director of the Mint.

Classified Truth A-1 Freehold by Inheritance Diplomatic Immunity Registration No. AA222141 AS REGISTERED WITH THE LIBRARY OF CONGRESS & U.S. DEPARTMENT OF JUSTICE IN WASHINGTON, D.C. UNITED STATES

207    $150 for each and every request or demand for any statement or testimony
208    $1000 for use of, transfer of, or public display of creditor's picture, image, or likeness
209    $2500 for each and every request or demand for signature or seal used by creditor
210    $5000 for each and every detention or arrest not resulting from execution of a warrant
211    from an Article III Judge
212    $3,000,000 for any physical injuries or death
213    FEES MAY BE COMPOUNDED AND ENTERED INTO CREDITOR'S FINANCE STATEMENT AND /
214    OR UPON REQUEST MADE PAYABLE TO CREDITOR BY A COMPETENT COUNTY CLERK AGAINST
215    CLAIMANT
216                                    ----
217                    NOTICE TO THE PRINCIPALS IS NOTICE TO THE AGENT
218                    NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPALS
219
220    Teste Meipso
221
222    Done this the 25th day of the July month, in the year of 2016 A.D.
223
224    X _____, Silver and Copper Bullion Bonded Creditor, Freeholder
225    by Inheritance to North, South, and Central America; Mexico, and the adjoining Islands, Secured
226    Party with unlimited Asset credit / liability, Brother brion heru'el ofrika bey©™, Bro. Brion
227    Heru'El Ofrika Bey©™ ex. BRO. BRION HERU'EL OFRIKA BEY; only in capacity as beneficiary to
228    the Original Jurisdictions pursuant to Sovereign, Autochthonous, Aboriginal Indigenous Native
229    American Moors / Muurs / Maurii: Affidavit For Public Record and File under file number
230    2011086721 BK 8558 PG 1114 of records of PASCO COUNTY, FLORIDA; the "Decree of
231    enforcement for Freeholder and Creditor Status" PULASKI COUNTY CIRCUIT / COUNTY CLERK,
232    REAL ESTATE ROOM 216; Instrument No. 2012036389. Please see www.pulaskiclerk.com and
233    search real estate records for file number contained herein.
234
235            ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC 1-207/308, UCC 1-103, C.R.S. 4-1-308
236

cc: The Colorado State Attorney General as the Fiduciary of this said Bond, is to give notice to the United States Secretary of the Treasury as Trustee of the United States' and 50 Corporate States' Bankruptcy(ies), who shall forward a copy to the Director of the Mint.

Classified Truth A-1 Freehold by Inheritance Diplomatic Immunity Registration No. AA222141 AS REGISTERED WITH THE LIBRARY OF CONGRESS & U.S. DEPARTMENT OF JUSTICE IN WASHINGTON, D.C. UNITED STATES

237 County of ___EL PASO.___

238

239 (State of Colorado)

240

241 Bro. Brion Heru'El Ofrika Bey©™, known by Me or made known for Me by proper

242 identification and duly sworn, Certified, Verified, and Exemplified, pursuant to applicable

243 Law, the Truth of this matter contained herein, this _25_ day of the ___July___

244 month, in the year of ___2016___ A.D.

245

246

247 ___Shirley Dayana Jimenez___

248 Notary (Print Name)

249

250 ___Shirley Dayana Jimenez___

251 Notary (Sign Name)

252

253 My Commission Expires: ___March 16, 2020___          (Seal)

254

255

SHIRLEY DAYANA JIMENEZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034036254
MY COMMISSION EXPIRES MARCH 16, 2020

cc: The Colorado State Attorney General as the Fiduciary of this said Bond, is to give notice to the United States Secretary of the Treasury as Trustee of the United States' and 50 Corporate States' Bankruptcy(ies), who shall forward a copy to the Director of the Mint.

# TREATIES.

———

## TREATY-MAKING POWER.

By the ARTICLES OF CONFEDERATION of July 8, 1778, the following provisions were made relative to treaties by the United States:

Article 6, section 1. "No state, without the consent of the United States, in Congress assembled, shall send any embassy to, or receive any embassy from, or enter into any confirmed agreement, alliance or treaty with any king, prince or state; nor shall any person holding any office of profit or trust under the United States or any of them, accept of any present, emolument, office or title of any kind whatsoever, from any king, prince or foreign state; nor shall the United States in Congress assembled, or any of them, grant any title of nobility." Vol. I. 5.

SEC. 2. "No two or more states shall enter into any treaty, confederation or alliance whatever between them, without the consent of the United States in Congress assembled, specifying accurately the purposes for which the same is to be entered into, and how long it shall continue." Vol. I. 5.

Article 9, sec. 1. "The United States in Congress assembled shall have the sole and exclusive right and power of determining on peace and war, except in cases mentioned in the sixth article; of sending and receiving ambassadors, entering into treaties and alliances, provided that no treaty of commerce shall be made whereby the legislative power of the respective states shall be restrained from imposing such imposts and duties on foreigners as their own people are subjected to, or from prohibiting the exportation or importation of any species of goods or commodities whatsoever; of establishing rules for deciding in all cases what captures on land or water shall be legal, and in what manner prizes taken by land or naval forces in the service of the United States shall be decided or appropriated; of granting letters of marque and reprisal in times of peace; appointing courts for the trial of piracies and felonies committed on the high seas; and establishing courts for receiving and determining finally appeals in all cases of captures; provided that no member of Congress shall be appointed a judge of any of the said courts." Vol. I. 6.

SEC. 6. "The United States in Congress assembled shall never engage in a war nor grant letters of marque and reprisal in time of peace, nor enter into any treaties or alliances, nor coin money, nor regulate the value thereof, nor ascertain the sums and expenses necessary for the defence and welfare of the United States, or any of them, nor emit bills nor borrow money on the credit of the United States, nor appropriate money, nor agree upon the number of vessels of war to be built or purchased, or the number of land or sea forces to be raised, nor appoint a commander-in-chief of the army or navy, unless nine States assent to the same; nor shall a question on any other point except for adjourning from day to day, be determined unless by the votes of a majority of the United States in Congress assembled." Vol. I. 8.

THE CONSTITUTION OF THE UNITED STATES, article 2, section 2, provides — " He (the President of the United States) shall have power, by and with the advice and consent of the Senate, to make treaties, provided

## TREATIES.

2

two-thirds of the Senators present concur; he shall nominate, and by and with the advice and consent of the Senate, appoint ambassadors, other public ministers and consuls, judges of the Supreme Court, and all other officers of the United States whose appointments are not herein otherwise provided for, and which may be established by law." Vol. I. 17.

Article 6. "This Constitution, and the laws of the United States which shall be made in pursuance thereof, and all treaties made or which shall be made under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, any thing in the constitution or laws of any state to the contrary notwithstanding." Vol. I. 19.

### CASES DECIDED IN THE COURTS OF THE UNITED STATES, AS TO THE OBLIGATION AND CONSTRUCTION OF TREATIES.

The obligation of a treaty, the supreme law of the land, must be admitted. The execution of the contract between the two nations is to be demanded from the executive of each nation; but where a treaty affects the rights of parties litigating in court, the treaty as much binds those rights, and is as much regarded by the Supreme Court as an act of Congress. United States *v.* The Schooner Peggy, 1 Cranch, 103; 1 Cond. Rep. 256.

The termination of a treaty, by war, does not divest rights of property already vested under it. Society for the Propagation of the Gospel *v.* The Town of New Haven, 8 Wheat. 464; 5 Cond. Rep. 489.

Nor do treaties, in general, become extinguished, ipso facto, by war between the two governments. Those stipulating for a permanent arrangement of territorial and other national rights, are, at most, suspended during the war, and revive at the peace, unless they are waived by the parties, or new and repugnant stipulations are made. *Ibid.*

Where a treaty is the law of the land, and as such affects the rights of parties litigating in court, that treaty as much binds those rights, and is as much to be regarded by the court, as an act of Congress. To condemn a vessel, therefore, the restoration of which is directed by the law of the land, though restoration be an executive act, would be a direct infraction of that law, and, of consequence, improper. United States *v.* The Schooner Peggy, 1 Cranch, 103; 1 Cond. Rep. 256.

A treaty, under the sixth article, section 2, of the Constitution, being the supreme law of the land, the treaty of peace of 1783 operated as a repeal of all state laws previously enacted, inconsistent with its provisions. Ware *v.* Hylton, 3 Dall. 199; 1 Cond. Rep. 99.

Whenever a right grows out of, or is protected by, a treaty, it prevails against all laws, or decisions of the courts of the states, and whoever may have the right under the treaty, is protected. But, if the person's title is not affected by the treaty, if he claims nothing under the treaty, his title cannot be protected by it. *Ibid.*

The stipulation in a treaty, that "free ships shall make free goods," does not imply the converse proposition, that enemy's ships shall make enemy's goods. The Nereide, Bennet, Master, 9 Cranch, 388; 3 Cond. Rep. 439.

A treaty is, in its nature, a contract between two nations, not a legislative act. It does not generally effect of itself the object to be accomplished, especially so far as its operation is infra-territorial; but is carried into execution by the sovereign power of the respective parties to the instrument. Foster et al. *v.* Neilson, 2 Peters, 314; United States *v.* Arredondo, 6 Peters, 735.

In the United States, a different principle is established. Our Constitution declares a treaty to be the law of the land. It is, consequently,

to be regarded in courts of justice as equivalent to an act of the legislature, whenever it operates of itself, without the aid of any legislative provision. But, when the terms of the stipulation import a contract, when either of the parties engages to perform a particular act, the treaty addresses itself to the political, not the judicial department; and the legislature must execute the contract before it can become a rule for the court. *Ibid.*

By the stipulations of a treaty, are to be understood its language and apparent intention, manifested in the instrument, with a reference to the contracting parties, the subject matter, and the persons on whom it is to operate. United States *v.* Arredondo et al, 6 Peters, 710.

A treaty of cession is a deed of the ceded territory, and the sovereign is the grantee; the act is his, as far as it relates to the cession; the treaty is his act and deed, and all courts must so consider it: and deeds are construed in equity by the rules of law. *Ibid.* 738.

Where a treaty is executed in two languages, each the language of the respective contracting parties, both parts of the treaty are originals, and both are intended to convey the same meaning. *Ibid.*

Where a treaty has been ratified according to the provisions of the Constitution, it becomes the law of the land; and it is perfectly immaterial, whether or not the persons who signed it did or did not transcend their instructions. Hamilton *v.* Eaton, North Carolina Cases, 77.

A treaty does not necessarily annul prior statutes, if there is no interference with them. *Ibid.*

The stipulations in a treaty between the United States and a foreign power, are paramount to the provisions of the constitution of a particular state, or the confederacy. Lessee of Harry Gordon *v.* Kerr et al 1 Wash. C. C. R. 322.

A treaty between the United States and one belligerent, does not affect a question of prize, as between two belligerents, where the prize (captured from the belligerent making the treaty) is brought by the other belligerent into the ports of the United States; nor is it important that the capturing vessel was commanded by an American citizen. The treaty can bind only the parties to it; and whatever operation it may have on the American citizen, individually, it cannot affect the general question of the validity of prizes made between belligerents. The Santissima Trinidad, 1 Brockenb. C. C. R. 478.

A judgment of a state court, where jurisdiction was acquired, not by the common law, but by a statute of a state, which, before the rendition of the judgment, had been virtually repealed by the adoption of a treaty, was voidable, and not void. Livingston *v.* Van Ingen, Paine's C. C. R. 55.

In 1780, the ancestor of the lessors of the plaintiff was indicted, he being a British subject, in the Supreme Court of New York, under the act entitled "An act for the forfeiture and sale of the property of persons who have adhered to the enemies of this state," &c.; and in October, 1783, a judgment of forfeiture against his estates was rendered. The treaty of 1783, against any subsequent confiscation, was signed in September, 1783. Held, that the proceedings were void. *Ibid.*

The stipulations of a treaty are paramount to the provisions of the constitution of a particular state of the United States. Gordon's lessee *v.* Kerr, I Wash. C. C. R. 322.

Whenever a right grows out of or is protected by a treaty, it is sanctioned against all the laws and judicial decisions of the states; and whoever may have this right is protected. But if the person's title is not affected by the treaty, if he claims nothing under the treaty, his title cannot be protected by the treaty. Owing *v.* Norwood's lessee, 5 Cranch, 344. 2 Cond. Rep. 275.

The adoption of a treaty, with the stipulations of which the provisions

4

## TREATIES.

of a state law are inconsistent, is equivalent to the repeal of such law Lessee of Fisher *v.* Harnden, 1 Paine, C. C. R. 55.

A treaty goes into operation from the date of the signature, if no other period is agreed upon between the parties.  Lessee of Hylton *v* Brown, 1 Wash. C. C. R. 343.

The Constitution of the United States confers absolutely on the government of the United States the power of making war and of making treaties. Consequently that government possesses the power of acquiring territory, either by conquest or by treaty.  The American Insurance Company *v.* 356 bales of Cotton, 1 Peters, 542.

The usage of the world is, if a nation be not entirely subdued, to consider the holding of conquered territory as a mere military occupation, until its fate shall be determined at the treaty of peace.  If it be ceded by treaty, the acquisition is confirmed, and the ceded territory becomes a part of the nation to which it is annexed, either on the terms stipulated in the treaty of cession, or on such as its new master shall impose.  On such transfer of territory it has never been held, that the relations of the inhabitants with each other are changed.  Their relations with their former sovereign are dissolved, and new relations are created between them and the government which has acquired their territory. The same act which transfers their country transfers the allegiance of those who remain in it, and the law which may be denominated political is necessarily changed, although that which regulates the intercourse and general conduct of individuals remains in force until altered by the newly created power of the state.  *Ibid.*

## CERTIFICATE OF SERVICE

I, brother brion heru'el ofrika bey, does hereby certify that this affidavit and the attached information and affidavits were served upon defendant[s]' attorney general and other agents through United States post office pursuant ~~registered~~ Cert to mail numbers ___7016 0 7500000 8130 7263___ and / or electronic fax on this sixth (6) day of February, 2017.

_____
Authorized Representative

Also included are the Affidavits and the drawings:

1) original complaint styled as urgent matter

2) Affidavit of fact and public notice of Autochthonous Status

3) Notice of Surety Act and Bond No. RB 253770100 US Lawful Consideration of 2 Silver dollars of the United States of America + 20 Avoirdupois ounces of .999 Copper-Bullion Coins

4) Excerpt on Treaties

5) Right to Travel Act



10 LC 34 2350

House Bill 875

By: Representative Franklin of the 43rd

## A BILL TO BE ENTITLED

## AN ACT

To amend Title 40 of the Official Code of Georgia Annotated, relating to motor vehicles and traffic, so as to repeal Chapter 5, relating to drivers' licenses; provide for a short title; to report the findings of the General Assembly regarding the constitutionality of certain laws relating to drivers' licenses; to provide for an effective date; to repeal conflicting laws; and for other purposes.

## BE IT ENACTED BY THE GENERAL ASSEMBLY OF GEORGIA:

## SECTION 1.

This Act shall be known and may be cited as the "Right to Travel Act."

## SECTION 2.

The General Assembly finds that:

(1) Free people have a common law and constitutional right to travel on the roads and highways that are provided by their government for that purpose. Licensing of drivers cannot be required of free people because taking on the restrictions of a license requires the surrender of an inalienable right;

(2) In England in 1215, the right to travel was enshrined in Article 42 of Magna Carta:

It shall be lawful to any person, for the future, to go out of our kingdom, and to return, safely and securely, by land or by water, saving his allegiance to us, unless it be in time of war, for some short space, for the common good of the kingdom: excepting prisoners and outlaws, according to the laws of the land, and of the people of the nation at war against us, and Merchants who shall be treated as it is said above.

(3) Where rights secured by the Constitution of the United States and the State of Georgia are involved, there can be no rule making or legislation that would abrogate these rights. The claim and exercise of a constitutional right cannot be converted into a crime. There can be no sanction or penalty imposed upon an individual because of this exercise of constitutional rights;

(4) American citizens have the inalienable right to use the roads and highways unrestricted in any manner so long as they are not damaging or violating property or rights of others. The government, by requiring the people to obtain drivers' licenses, is restricting, and therefore violating, the people's common law and constitutional right to travel;

(5) In *Shapiro v Thompson*, 394 U.S. 618 (1969), Justice Potter Stewart noted in a concurring opinion that the right to travel "is a right broadly assertable against private interference as well as governmental action. Like the right of association...it is a virtually unconditional personal right, guaranteed by the Constitution to us all." The Articles of Confederation had an explicit right to travel; and we hold that the right to travel is so fundamental that the Framers thought it was unnecessary to include it in the Constitution or the Bill of Rights;

(6) The right to travel upon the public highways is not a mere privilege which may be permitted or prohibited at will but the common right which every citizen has under his or her right to life, liberty, and the pursuit of happiness. Under this constitutional guarantee one may, therefore, under normal conditions, travel at his or her inclination along the public highways or in public places while conducting himself or herself in an orderly and decent manner; and

(7) Thus, the legislature does not have the power to abrogate the citizens' right to travel upon the public roads by passing legislation forcing the citizen to waive the right and convert that right into a privilege.

## SECTION 3.

Title 40 of the Official Code of Georgia Annotated, relating to motor vehicles and traffic, is amended by repealing Chapter 5, relating to drivers' licenses, and designating said chapter as reserved.

## SECTION 4.

This Act shall become effective upon its approval by the Governor or upon its becoming law without such approval.

## SECTION 5.

All laws and parts of laws in conflict with this Act are repealed.

This information is provided in electronic format by the Georgia general Assembly as a public service. This information does not constitute an official record of the General Assembly and no warranty or guarantee of any kind is provided.

| | |
|---|---|
| County Court, El Paso County, Colorado<br>Court Address: 270 South Tejon Street<br>Colorado Springs, CO. 80903<br><br>**People of the State of Colorado**<br>v.<br>**Defendant:** Bro Bey | ⬛ ⬛ THE ⬛⬛⬛⬛ **AND**<br>⬛ ⬛ **OF**<br>E⬛ ⬛ UNTY, **COLORADO**<br><br>**APR 1 2** 2017<br>DATE FILED: April 12, 2017<br>D⬛ LYNETTE D. **CORNELIUS**<br>CLERK OF COURT |
| **Deputy District Attorney:** Nathaniel Marsh<br>Attorney Registration #: 47634<br>Address: 105 E Vermijo, Colorado Springs, CO 80903<br>Phone Number: (719) 520-6115<br>District Attorney: Daniel H. May, #11379 | ▲ **COURT USE ONLY** ▲<br><br>Case #: 17 T 739<br><br>Division #: FAC<br><br>Courtroom #: FAC |
| **MOTION TO DISMISS (Nolle Prosequi) and COURT ORDER** | |

While probable cause existed at the time of Defendant's arrest, the District Attorney, pursuant to Crim.P.48(a), moves to dismiss:

(X) All Counts    ( ) Count(s)

against defendant.

( ) The evidence is insufficient and/or a critical witness is not presently available.
( ) Such dismissal is part of a plea agreement approved by the Court.
( ) The complaining witness no longer wishes to prosecute.
( ) The court-ordered period of deferred prosecution or deferred sentencing has expired.
( ) The defendant has successfully completed the deferred sentence terms.
( ) Due to passage of time and Defendant's continued absence, prosecution of this case is no longer likely to succeed.
( ) Charges arising from the same incident have been filed in District/Juvenile/City Court or jurisdiction has been ceded to the military.
( ) Restitution has been paid in full.
(X) In the interest of justice.
( ) Defendant has waived extradition or has returned to the demanding state.
( ) The demanding state no longer wishes to extradite.

( ) No prima facie case of _____

Date: 4/12/17

By: Nathaniel Marsh # 47634

County Court, El Paso County, Colorado
Court Address: 270 South Tejon Street
                Colorado Springs. CO. 80903

**People of the State of Colorado**

v.

**Defendant:** Bro Bey

Deputy District Attorney: Nathaniel Marsh
Attorney Registration #: 47634
Address: 105 E Vermijo, Colorado Springs, CO 80903
Phone Number:  (719) 520-6115
District Attorney:  Daniel H. May, #11379

▪ IN THE DISTRICT AND COUNTY COURT OF EL PASO COUNTY, COLORADO

APR 12 2017    DATE FILED: April 12, 2017

ANNETTE D. CORNELIUS
CLERK OF COURT

▲ COURT USE ONLY ▲

Case #: 17T739

Division #: FAC

Courtroom #: FAC

## ORDER

I approve the grounds stated in this motion. which I now grant.  This case is dismissed to the extent specified in the motion.

4-12-17
Date:

**Douglas J. Miles**
County Court Judge / Magistrate

E283051

THE PEOPLE OF THE STATE OF COLORADO
CITY OF COLORADO SPRINGS vs.

BRO BRION HERU    EL OFRIR A    BE    10/28/1981

1010 S CHELTON RD Apt #1306    COLORADO SPRINGS

NOT

16-006 0780

A168517

2CNDI                                                    SU    WHITE

YOU ARE HEREBY REQUESTED TO APPEAR AS INDICATED

...17 AT 8:00 AM

REASON FOR STOP: 42-3-203 - DISPLAYED EXPIRED TEMPORARY PERMIT (60 OR MORE DAYS)

42-3-203                    89                    **Mandatory Court**    0
DISPLAYED EXPIRED TEMPORARY PERMIT (60 OR MORE DAYS)
60 OR MORE DAYS PAST EXPIRATION

42-4-1409 (1)        MT1        954            **Mandatory Court**    4
Compulsory Insurance - owner operator

42-2-101(5)        DB        063            **Mandatory Court**    0
LICENSE FOR DRIVERS REQUIRED (DROVE VEHICLE WITHOUT VALID DRIVERS LICENSE ON PERSON)

TOTAL
**Mandatory Court**

S ACADEMY BLVD @ SHELLE                02 04 23        # 41
S ACADEMY BLVD @ SHELLE                02 04 23        19 55
NON PAYABLE SUMMONS

DEFENDANT X _Under duress_

Officer's signature    4807    McBride E 4827
                                Officer 1

                        4807    Officer 2

County Non-payable Summons to appear for a traffic or non-traffic offense.
THIS IS A LEGAL DOCUMENT AND CONTAINS IMPORTANT INFORMATION
**PLEASE READ CAREFULLY**

County Court, El Paso County, Colorado
Court Address:  270 South Tejon Street
                Colorado Springs, CO. 80903

**People of the State of Colorado**
                    v.
**Defendant:  Bro Bey**

Deputy District Attorney:  Nathaniel Marsh
Attorney Registration #:  47634
Address: 105 E Vermijo, Colorado Springs, CO 80903
Phone Number:  (719) 520-6000
District Attorney:  Daniel H. May, #11379

Fi                    .ND
EL P/                  ADO

APR 1 2 2017

DR. LYNE     D. CORNELIUS
       CLE   . OF COURT

▲ **COURT USE ONLY** ▲

Case #:  17T923

Division #: FAC

Courtroom #: FAC

## ORDER

I approve the grounds stated in this motion, which I now grant.  This case is dismissed to the extent specified in the motion.

Date:

**Douglas J. Miles**
_____
County Court Judge / Magistrate

County Court, El Paso County, Colorado
Court Address: 270 South Tejon Street
     Colorado Springs, CO 80903

**People of the State of Colorado**
       v.
**Defendant: Bro Bey**

Deputy District Attorney: Nathaniel Marsh
Attorney Registration #: 47634
Address: 105 E Vermijo, Colorado Springs, CO 80903
Phone Number: (719) 520-6000
District Attorney: Daniel H. May, #11379

▲ COURT USE ONLY ▲

Case #: 17T923

Division #: FAC

Courtroom #: FAC

### MOTION TO DISMISS (Nolle Prosequi) and COURT ORDER

     While probable cause existed at the time of Defendant's arrest, the District Attorney, pursuant to Crim.P.48(a), moves to dismiss:

       (X) All Counts  ( ) Count(s)
            against defendant.

- ( ) The evidence is insufficient and/or a critical witness is not presently available.
- ( ) Such dismissal is part of a plea agreement approved by the Court.
- ( ) The complaining witness no longer wishes to prosecute.
- ( ) The court-ordered period of deferred prosecution or deferred sentencing has expired.
- ( ) The defendant has successfully completed the deferred sentence terms.
- ( ) Due to passage of time and Defendant's continued absence, prosecution of this case is no longer likely to succeed.
- ( ) Charges arising from the same incident have been filed in District/Juvenile/City Court or jurisdiction has been ceded to the military.
- ( ) Restitution has been paid in full.
- (X) In the interest of justice.
- ( ) Defendant has waived extradition or has returned to the demanding state.
- ( ) The demanding state no longer wishes to extradite.
- ( ) No prima facie case of _____

Date: 4/12/2017

By: Nathaniel Marsh, Deputy District Attorney

_____
Defendant

_____
Attorney for Defendant #

