IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02035-LTB

AL' MAURII KHAN TRIBAL NATION, Claimant,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,
S. CARNES, CSPD Employee Badge #957, Colorado Springs Police Department, and
E. MCBRIDE, CSPD Employee Badge #4827, Colorado Springs Police Department

    Defendants.

---

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 1, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 1 day of November, 2017.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ A. Garcia Garcia
        Deputy Clerk